UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 107 ML

UNITED STATES OF AMERICA :
:
V. : In violation of 18 U.S.C.
: §§ 1341 and 2 and 26 U.S.C. § 7206(1)
PATRICK CLYNE :

FILED
AUG 01 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**

**A. Introduction**

At all times material to this Indictment:

1. Defendant PATRICK CLYNE resided in Rhode Island.

2. Defendant PATRICK CLYNE was employed by the Rhode Island School of Design ("RISD"), and was responsible for maintaining systems related to fire safety. He also had the authority to request, schedule and approve work relating to fire safety.

**B. The Scheme**

3. Beginning in or about October 1997, and continuing until in or about October 2005, in the District of Rhode Island and elsewhere, the defendant, PATRICK CLYNE, knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property, from RISD by means of false and fraudulent pretenses, representations, and promises.

**C. Manner and Means**

4. On or about October 31, 1997, defendant PATRICK CLYNE caused bank account no. 032001042 to be opened at Bank RI in the name of Ankh Electric Ltd.

5. On or about November 12, 1997, defendant PATRICK CLYNE caused a Certificate of Incorporation to be filed for Ankh Electric Ltd. in the State of Delaware.

6. On or about March 24, 1998, defendant PATRICK CLYNE caused post office box no. 29374 to be established in Providence, R.I., for Ankh Electric Ltd., which authorized defendant PATRICK CLYNE to accept mail addressed to the post office box.

7. Between in or about October 1997, and continuing until in or about October 2005, the defendant caused invoices to be prepared for RISD on the letterhead of Ankh Electric, Ltd., which falsely and fraudulently represented that Ankh Electric, Ltd. performed services for RISD relating to fire safety, when in fact, the described services were not performed.

8. Between in or about October 1997, and continuing until in or about October 2005, defendant PATRICK CLYNE approved the false and fraudulent Ankh Electric, Ltd. invoices for payment, and forwarded the approved invoices to the RISD Purchasing Department for payment.

9. Based on the Ankh Electric, Ltd. invoices that were approved for payment by defendant PATRICK CLYNE, the RISD Purchasing Department authorized payments to Ankh Electric, Ltd., which resulted in the issuance of RISD checks payable to Ankh Electric Ltd. The RISD checks were initially mailed to an address used by the defendant at 118 Manton Ave., Providence, R.I., and after approximately April 1998, to post office box no. 29374, Providence, R.I.

10. The RISD checks were deposited into Bank RI account no. 032001042 in the name of Ankh Electric Ltd.

11. After the funds were deposited into Bank RI account # 032001042, defendant PATRICK CLYNE caused checks to be written against the Ankh Electric bank account. The vast

majority of these funds were withdrawn from the account in the form of checks payable to cash.

12. Defendant PATRICK CLYNE did not disclose to employees or officers of RISD that he was a principal of Ankh Electric Ltd., that he had an interest in Ankh Electric Ltd., or that he was involved in any manner with Ankh Electric Ltd.

13. The approximate total amount of the checks issued by RISD to Ankh Electric, Ltd. based on the false and fraudulent invoices were as follows:

| Year | Approx. Amount |
|---|---|
| 1997 | $9,535.00 |
| 1998 | $55,523.00 |
| 1999 | $87,571.50 |
| 2000 | $158,699.00 |
| 2001 | $130,556.00 |
| 2002 | $135,211.00 |
| 2003 | $180,754.00 |
| 2004 | $68,788.00 |
| 2005 | $155,157.00 |
| Total | $981,794.50 |

**D. <u>Execution of the Scheme</u>**

14. On or about August 30, 2005, in the district of Rhode Island, and elsewhere, for the purpose of executing the aforementioned scheme and artifice, and attempting to do so, the defendant did knowingly cause to be delivered by United States mail, according to the directions thereon, an envelope containing check number 43008 in the amount of $3,500.00 drawn on the bank account of RISD and payable to Ankh Electric, Ltd., and mailed from RISD located at 2 College St., Providence, R.I., to Ankh Electric, Ltd., at post office box 29374, Providence, R.I.

All in violation of 18 U.S.C. §§ 1341 and 2.

**COUNT 2**

1. The government realleges and incorporates by this reference paragraphs 1 through 13 of Count One of this Information in its entirety as though fully set forth herein.

2. On or about February 4, 2004, defendant PATRICK CLYNE signed and caused to be filed with the Internal Revenue Service, a 2003 U.S. Income Tax Return, Form 1040, on his behalf, which return did not include all of the approximately $180,754.00 in income that was paid by RISD to ANKH Electric Ltd.

3. On or about February 4, 2004, defendant PATRICK CLYNE, in the District of Rhode Island, did willfully make and subscribe a false U.S. Income Tax Return, Form 1040, on behalf of himself, for the calendar year 2003, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said income tax return he did not believe to be true and correct as to every material matter in that the said return reported $85,584 in total income, on Form 1040, line item 22, and reported $12,505 in total expenses, on Schedule C, line item 28, whereas, defendant PATRICK CLYNE, then and there well knew and believed that he received income substantially in addition to the amount reported on Form 1040, line item 22, in that it did not report all of the approximately $180,754.00 in income that was paid by RISD to ANKH Electric Ltd. during 2003, and also well knew and believed that he did not incur any of the expenses listed on Schedule C, line item 28.

All in violation of 26 U.S.C. § 7206(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, PATRICK CLYNE, to the extent he is the owner of the following property, shall forfeit to the

United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), said property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations: One parcel of real property with buildings, appurtenances, and improvements, located in Ballinamore, Ireland, that is more fully described as follows:

> All that and those part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being all of the lands comprised in folio 10746 of the Register of Freeholders of the said County comprising 20 acres 1 rood and 18 perches.

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 08/01/2007