AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**
U.S. DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND, PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ANDREW J. REICH

**DEFENDANT – U.S. vs.**

PATRICK CLYNE

Address

Birth Date

Social Secu

REDACTED

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

UNITED STATES POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.
CR 07-032ML

☑ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

Place of offense: DISTRICT OF RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
District of Rhode Island

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Wyatt Detention Center

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

COUNT 1: Mail Fraud -- Title 18, United States Code, Sections 1341 and 2

Penalties:
20 Years Imprisonment; $ 250,000 Fine; 1 Year Supervised Release; $100 Special Assessment; and Restitution

COUNT 2: Filing a False Income Tax Return -- Title 26, United States Code, Section 7206(1)

Penalties:
3 Years Imprisonment; $ 250,000 Fine; 1 Year Supervised Release; $100 Special Assessment and Restitution $100 Special Assessment.

Anticipated Trial Days: 2-3 days