AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States

V.

Patrick Clyne

**APPEARANCE**

Case Number: CR 07-107ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patrick Clyne

(for purposes of Change of Plea Hearing only)

I certify that I am admitted to practice in this court.

8/7/0207

Date

Signature

Terence E. Livingston
Print Name

4610
Bar Number

681 Smith Street
Address

Providence
City

RI
State

02908
Zip Code

(401) 861-8121
Phone Number

(401) 274-5433
Fax Number