O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
PATRICK CLYNE

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 107 ML

I, PATRICK CLYNE, the above named defendant, who is accused of

COUNT 1: Mail Fraud, in violation of Title 18, United States Code, Sections 1341 and 2; and

COUNT 2: Filing a False Income Tax Return, in violation of Title 26, United States Code, Section 7206(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/7/2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Patrick B. Clyne
Defendant

[signature]
Counsel for Defendant

Before Mary M. Lisi USDJ
Judicial Officer 8/7/07