**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**PATRICK CLYNE and**<br>**IBTISAMA BRADLEY,**<br>**Defendants.** | **CRIMINAL NO.: 07-CR-00032-ML** |

**MOTION FOR RELEASE OF PASSPORT**

Ibtisama Bradley, by and through undersigned counsel, hereby moves this Honorable Court for an order directing the Clerk of Court to release her United States Passport.

Specifically, Iptisama Bradley respectfully requests the Court to order the Clerk of Court to release her United States Passport, which was surrendered pursuant to the Order Setting Conditions of Release entered by the Court (Martin, J.) on May 7, 2007, because the above-captioned Indictment was subsequently dismissed pursuant to an Order by this Court (Lisi, J.) dated August 9, 2007 [Document # 47].

WHEREFORE, Iptisama Bradley respectfully requests this Honorable Court to grant this motion and order the Clerk of Court to release her United States Passport.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow
Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: September 7, 2007

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez