**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

August 14, 2007

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

Re: U.S. v. Clyne, CR07-107ML

Dear Mr. Lopez,

Last week I requested that your client provide information to the government regarding the status of the property identified in the Plea Agreement as located in Ireland. I did not hear back from you. As you know, I previously provided information to you reflecting Mr. Clyne's purchase of that property.

Pursuant to para. 1.b.(III) of the Plea Agreement, the government requests that you provide a written explanation of the status of that property, including details regarding its purchase and/or sale.

Your prompt written response to this request would be appreciated. I understand, however, that you are on vacation this week.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

Exhibit A

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

August 29, 2007

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

Re: U.S. v. Clyne, CR07-107ML

Dear Mr. Lopez,

This is my third request to you for information regarding the status of the property identified in the plea agreement as located in Ireland. As you know, the plea agreement requires the defendant to forfeit any interest he may have in this property. It also requires the defendant "to take all steps as requested by the United States to pass clear title ..."

Again, we request that you provide a written explanation of the status of the property, including details regarding its purchase and/or sale.

Your prompt response is appreciated.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

Exhibit B

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

September 6, 2007

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

Re: U.S. v. Clyne, CR07-107ML

Dear Mr. Lopez,

I am in receipt of your letter to me dated September 4, 2007. Paragraph 1.b.(III) of the Plea Agreement provides that Mr. Clyne will "take all steps as requested by the United States to pass clear title to forfeitable assets to the United States ..." That sentence specifically relates the property which is located in Ireland.

Since August 7, 2007, when the defendant entered his plea of guilty, the government has requested information from him regarding the status of this property. We have requested a written response as to whether the defendant presently owns the property, whether he was the owner at some time in the past, and if so, when the property was sold and at what price. These are all questions which the defendant is in a position to answer, without having to wait for the return of a solicitor in Ireland who, according to your letter, has been on an extended vacation.

We strongly disagree with your position that Mr. Clyne is not under an obligation to provide the requested information. In fact, we believe that Mr. Clyne's continued failure to provide such information may constitute a breach of his obligations under paragraph 1 of the Plea Agreement.

Once again, we request an immediate response to our inquiries. Please note that Mr. Clyne's timely response to this matter is essential, since if he contests his present ownership of the property, the government will need time to prepare for documentary and testimonial evidence to present at sentencing on the issue of ownership.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

cc: U.S. Probation Office

Exhibit C

```
********************
***  TX REPORT  ***
********************

TRANSMISSION OK

TX/RX NO                0594
DESTINATION TEL #       816177425715
DESTINATION ID
ST. TIME                09/11 14:46
TIME USE                00'36
PAGES SENT                 1
RESULT                  OK
```

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

September 11, 2007

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

Re: U.S. v. Clyne, CR07-107ML

Dear Mr. Lopez,

This is to confirm our telephone conversation yesterday regarding the property in Ireland. You stated that Mr. Clyne told you that he no longer owns the property in question, having sold it in June 2006. You also stated that Mr. Clyne has not received the proceeds of the sale, and that you have been trying to contact the Irish solicitor who handled the sale.

This is to reiterate that the government continues to request the details regarding this property that are set forth in my previous letters to you. In addition, please provide us with the name, address and contact numbers for the Irish solicitor who allegedly handled this transaction. As noted in my previous letters to you, your prompt written response to these requests is important.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

Exhibit D

# Land Registry

## County Leitrim — Folio 10746

### Register of Ownership of Freehold Land

**Part 1(A) - The Property**

For parts transferred see Part 1(B)

| No. | Description | Official Notes |
|---|---|---|
| 1 | A plot of ground being part of the Townland of DRUMBAD and Barony of CARRIGALLEN containing 8.2400 Hectares shown as Plan(s) 10746 edged RED on the Registry Map (OS MAP Ref(s) 22/13, 25/1).<br>The Registration does not extend to the mines and minerals | L.R.114/21054 |

File Plan Issued: No
Land Cert Issued: Yes
Collection No.:



Exhibit E

# Land Registry

County Leitrim Folio 10746

Part 1(B) - Property

Parts Transferred

| No. | Prop No: | Instrument: | Date: | Area (Hectares): | Plan: | Folio No: |
|---|---|---|---|---|---|---|
| | | | | | | |

# Land Registry

## County Leitrim Folio 10746

### Part 2 - Ownership

Title ABSOLUTE

| No. | The devolution of the property is subject to the provisions of Part II of the Succession Act, 1965 | |
|---|---|---|
| ~~1~~ | ~~03-AUG-1971~~<br>~~W-3161/71~~ | ~~PATRICK O'HARA (FARMER) of UNSHINAGH, BALLINAMORE, COUNTY LEITRIM is full owner.~~<br>Cancelled D2004WS002291X 20-FEB-2004 |
| 2 | 20-FEB-2004<br>D2004WS002291X | Patrick Clyne of 1 Rosog, Willowfield Road, Ballinamore, County Leitrim and Ibtisama Clyne of 1 Rosog, Willowfield Road, Ballinamore, County Leitrim are full owners. |
| | | Land Cert Req No.: D2004WS002291X<br>Date: 28-APR-2004<br>Issued to: WALTER P TOOLAN & SONS SOLICITORS<br>Address: BALLINAMORE<br>CO LEITRIM |

# Land Registry

**County Leitrim** **Folio 10746**

## Part 3 - Burdens and Notices of Burdens

| No. | | Particulars |
|---|---|---|
| 1 | | The property is subject to the provisions prohibiting letting, subletting or subdivision specified in Section 12 of the Land Act, 1965, and to the provisions restricting the vesting of interests specified in Section 45 of the said Act in so far as the said provisions affect same. |
| 2 | 19-MAR-1926<br>8148/26 | The eight of the said Bridget Stutton during her life to live in the dwelling house on the lands in the room on the West side to have the run of the Kitchen in the said house and to graze one cow on the lands Winter and Summer. |

# Land Registry

**County Leitrim** **Folio 7106F**

**Register of Ownership of Freehold Land**

**Part 1(A) - The Property**

For parts transferred see Part 1(B)

| No. | Description | Official Notes |
|---|---|---|
| 1 | A plot of ground being part of the Townland of DRUMBAD and Barony of CARRIGALLEN containing 2.4419 Hectares shown as Plan(s) 2 edged RED on the Registry Map (OS MAP Ref(s) 25/1).<br><br>The Registration does not extend to the mines and minerals | From Folio LM10439 |

Land Cert Issued: No



Collection No.:

Exhibit F

# Land Registry

**County Leitrim** **Folio 7106F**

## Part 1(B) - Property
### Parts Transferred

| No. | Prop No: | Instrument: | Date: | Area(Hectares): | Plan: | Folio No: |
|---|---|---|---|---|---|---|
| | | | | | | |

# Land Registry

**County Leitrim** **Folio 7106F**

## Part 2 - Ownership

Title ABSOLUTE

| No. | The devolution of the property is subject to the provisions of Part II of the Succession Act, 1965 | | | |
|---|---|---|---|---|
| 1 | 06-JUL-1998 W4802/98 | MICHAEL OG. O'MAONAIGH of DRUMBAD, BALLINAMORE, COUNTY LEITRIM is full owner. | | |
| | | Cancelled | D2005WS017646Y | 02-DEC-2005 |
| 2 | 02-DEC-2005 D2005WS017646Y | PATRICK B CLYNE of Drumbad, Ballinamore, County Leitrim and IBTISMA CLYNE of Drumbad, Ballinamore, County Leitrim are full owners. | | |
| | | Cancelled | D2006NL047461U | 05-SEP-2006 |
| 3 | 05-SEP-2006 D2006NL047461U | IBTISAMA CLYNE of 1 ROSOG, WILLOWFIELD ROAD, BALLINAMORE, CO LEITRIM is full owner. | | |

# Land Registry

County Leitrim Folio 7106F

Part 3 - Burdens and Notices of Burdens

| No. | Particulars |
| --- | --- |
| | |


10747
10743 (2pts)
10439 (2pts)
EXCL'D.
5080 (PT4)
5084 (PT4)
5089 (PT2)
5086 (PT2)
5080 (PT3)
5085 (PT2)
5089 (4PTS)
LM007106 F : FP1
LAND REGISTRY
County LEITRIM
Folio 7106F O.S. 25/1
This map should be read in conjunction with the folio.
(Plan No. on 1st Page)
This Map does not show appurtenant or servient rights
It is not conclusive evidence as to the boundary or extent of the land. (See Section 85 of the Registration of Title Act 1964)
Where a boundary has been transferred from a smaller scale map, accuracy is limited to that of the smaller scale.
This map, subject to the provisions of the L.R. Rules, is acceptable for subdivision purposes.

RECEIVED
SEP 25 2007
U.S. ATTORNEY
DISTRICT OF R.I.

LAW OFFICE OF
**SCOTT P. LOPEZ**
24 SCHOOL STREET, 8TH FLOOR
BOSTON, MASSACHUSETTS 02108

SCOTT P. LOPEZ

JOHN G. LAMB
Of Counsel

TELEPHONE: (617) 742-5700
FACSIMILE: (617) 742-5715
WEBSITE: www.lopezlaw.com

September 24, 2007

**By Facsimile (401) 709-5001**
**And First Class Mail**
Andrew J. Reich,
Assistant U. S. Attorney
United States Attorney's Office
For the District of Rhode Island
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Re: *United States v. Patrick Clyne*
US District Court, Criminal Number 07-CR-00032-ML

Dear Mr. Reich:

Please be advised that on Friday, September 21, 2007, I finally received correspondence from Gabriel A. Toolan, the solicitor in Ireland who represented Mr. and Mrs. Clyne in the sale of the property that they purchased from Bridie O'Hara in June 2002, concerning the details of the disposition of said property.

According to the correspondence received from Mr. Toolan, Mr. and Mrs. Clyne purchased the property from Bridie O'Hara on the 18th of June 2002 for €63,486.90 and it was registered in their names as joint owners. However, after said purchase, the property proved to be extremely controversial. Apparently, Mrs. O'Hara had never actually lived on the property and her deceased husband had not lived on the property for at least 30 to 40 years. Also, when the Clynes bought the property in 2002, several parties were occupying portions of the property and claiming rights of adverse possession. In his letter, Mr. Toolan informed me that Irish law, specifically, the Statute of Limitations 1957, states that if a person retains exclusive possession of a portion of land for over 12 years, he or she can claim to be an owner of the land.

Exhibit G

After the purchase, two parties persisted with claims of adverse possession. They were:

1. Ms. Eithne Griffen of 2 Clarinda Court, Dun Laoghaire Co. Dublin; and
2. Mrs. Eileen Logan of Church Street, Ballinamore, Co. Leitrim.

Again, according to Mr. Toolan, Ms. Griffen claimed that she had been in adverse possession of the dwelling house on the property for up to 15 years and, after the Clynes' purchase, she moved into the dwelling house. As a result, it was necessary to file Circuit Court Proceedings in the jurisdiction of the Circuit Court of Carrick-on-Shannon in County Leitrim, which litigation lasted for a period in excess of 2 years. Eventually, the matter was tried before Judge Matthew Deery in the Circuit Court of Manorhamilton in County Leitrim on November 2, 2004. Ultimately, an Order in favor of Mr. & Mrs. Clyne was entered in connection with the dwelling house.

The second dispute is a claim by Ms. Logan over approximately 4 to 5 acres of the land. This dispute is the subject of civil proceedings in both the High Court and the Circuit Court in the jurisdiction of the Republic of Ireland. According to Mr. Toolan, this matter is still pending.

Because the purchase of this land proved to be, in Mr. Toolan's words, "an extremely unfortunate investment" and as a result of and expense of the litigation set forth above, the Clynes decided to dispose of the property sometime in 2006. Again, according to Mr. Toolan, in June 2006, they agreed to sell the bulk of the lands comprised in Folio 10746 Co. Leitrim to Mr. Frank Maxwell, of Tully, Ballinamore, Co. Leitrim, for the sum of €61,000.00. However, excluded from the sale was the 4-5 acres that is the subject of the High Court proceedings with Ms. Logan because the Clynes are prohibited from selling or disposing of that portion of land until the litigation is concluded.

With respect to the proceeds from the purchase price paid by Mr. Maxwell, Mr. Toolan provided the following breakdown of fees and expenses:

| | | |
|---|---|---|
| 1. | Total Sale Proceeds: | €61,000.00 |
| 2. | Expenses paid to contractors for land drainage, installing a road to the premises and upkeep of the premises | €12,200.00 |
| 3. | Payment on account of Legal Fees and Expenses including expert and professional witnesses incurred in relation to the cases of:<br>(a) Patrick Bernard Clyne v. Eithne Griffen<br>Circuit Court Record No. E267/2003 | |

(b) Logan v. Patrick Bernard Clyne
Circuit Court Record No. E255/04

(c) Legal fees on disposal of the property in 2006 — €30,400.00

Balance on account with Mr. Toolan — €18,400.00

With respect to the 4-5 acres of property excluded from the sale, it is our position that Mr. Clyne is obligated, pursuant to the terms of the his Plea Agreement, to release any rights he may have in said property to the United States.

Also, Mr. Toolan has informed me that the sum of €18,400.00 is available from the sale to Mr. Maxwell and that he will await instructions from me with respect to disbursement of these funds. Pursuant to the Plea Agreement, Mr. Clyne agrees that 50% of these proceeds should be dispersed to the United States.

Finally, Mr. Toolan informed me that he had received an email from you and he asked me to inform you that he will direct any correspondence to you through this office.

Please call at your earliest convenience to discuss the next steps in this matter.

Sincerely yours,

Scott P. Lopez

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

September 26, 2007

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

Re: U.S. v. Clyne, CR07-107ML

Dear Mr. Lopez,

I am in receipt of your letter dated September 24, 2007. According to your letter Mr. Clyne owns 4 to 5 acres of land described in Folio 10746. As you know, the plea agreement requires Mr. Clyne to "take all steps as requested by the United States to pass clear title to forfeitable assets to the United States ..." We are therefore requesting the Mr. Clyne provide us with the following documents and information:

1. Documents reflecting Mr. Clyne's purchase of the property described in Folio 10746, and the purchase of any other properties in Ireland by Mr. Clyne and/or his wife, including but not limited to sales contracts, deeds and records of payments;

2. All correspondence with Mr. Toolan regarding Mr. Clyne's and/or his wife's purchase or sale of properties in Ireland;

3. Copies of all court documents relating to the case between Mr. Clyne and Ms. Eithne Griffen;

4. Copies of all court documents relating to the case between Mr. Clyne and Mrs. Eileen Logan;

5. Documents reflecting the sale of the property to Mr. Maxwell, including but not limited to sales contracts, deeds and records of payments.

6. Documents supporting each of the categories of fees and expenses set forth at the bottom of page 2 and the top of page 3 of your letter dated September 24, including but not limited to checks reflecting sales proceeds, names and invoices from contractors, and invoices from Mr. Toolan. Also, it is unclear from your letter whether the listed fees and expenses have already been paid. Please let me know whether or not they have already been paid;

7. Any appraisals of property owned by Mr. Clyne and/or his wife in Ireland; and

Exhibit H

8. Records of any rents received by Mr. Clyne and/or his wife in connection with any property in Ireland.

Also, in your letter you state that in June 2006 Mr. Clyne and his wife "decided to dispose" of most of the property in Folio 10746. Has that sale been completed, and if so, when was title transferred to Mr. Maxwell?

In addition to the above, we ask that you advise Mr. Toolan to communicate directly with my office regarding the property in Ireland, rather than communicate indirectly through your office. It is clear that Mr. Toolan is in the best position to answer any questions or provide documents regarding the subject property, all of which will assist us in gain clear title to the forfeitable property. Since the plea agreement requires Mr. Clyne to take all steps as requested by the United States to pass clear title, we request that you authorize Mr. Toolan to communicate directly with the government.

I am also curious as to why Mr. Clyne believes that only 50% of the proceeds of the sale are forfeitable to the United States. I would appreciate a written explanation of his position.

Finally, please confirm whether, in addition to the property described in Folio 10746, Mr. Clyne and/or his wife are the owners of another parcel in Ireland described as follows:

> Folio 7106F: "A plot of ground being part of a townland of Drumbad and Barony of Carrigallen containing 2.4419 Hectors (Shown as Plan 2 edged RED on the Registry Map Ordinance Survey Map Ref 25/1)"

Our records indicate that Mr. Clyne and his wife purchased this property around December 2005, and that it was later transferred solely into his wife's name.

Sincerely yours,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

cc: U.S. Probation Office