**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **CRIMINAL NO.: 07-CR-00107-ML** |
| **PATRICK CLYNE,** **Defendants.** | ) | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Defendant Patrick Clyne respectfully moves this Honorable Court to continue his sentencing, currently scheduled for November 2, 2007, until November 30, 2007.

In support of this motion, defendant states, by and through undersigned counsel, the following:

1. Undersigned counsel needs additional time to adequately prepare for Mr. Clyne's sentencing hearing, including the preparation of a sentencing memorandum to aid the Court in its disposition of his case.

2. As noted in the Presentence Report, Mr. Clyne has a number of medical issues including Type 2 diabetes mellitus, coronary artery disease (CAD) and chronic obstructive pulmonary disease (COPD). He is insulin dependent and is currently taking a number of medications including Novolog (rapid acting insulin), Lantus (long acting insulin), Lipitor, Aspirin, Omeprazole, Nitroquick (nitroglycerin), Seretide and Advair, some of which are considered Non-formulary medications by the Bureau of Prisons.

3. Specifically, according to the Federal Bureau of Prisons Health Services National Formulary (hereinafter "National Formulary"), *see* http://www.bop.gov/news/PDFs/formulary.pdf, at pp. 17, 26 & 27, Lipitor, Lantus and Novolog are Non-formulary Medications that are not authorized for use because they are not in the National Formulary. *See* Bureau of Prisons Program Statement Number P6360.01, Pharmacy Services, p. 5 (requiring each institution to use the Bureau's National Drug Formulary) at http://www.bop.gov/DataSource/execute/dsPolicyLoc. Moreover, Non-formulary medications will not be authorized unless requested and approved by the Medical Director. Id.

4. In addition, one of Mr. Clyne's medications, Novolog, is a rapid acting insulin that is, according to the National Formulary, "too short acting to be used safely in most correctional environments" and "will be used at Medical Centers only." *See* National Formulary at p. 27. Undersigned counsel needs additional time to determine the risks to Mr. Clyne's health if he is prevented from using Novolog, Lantus and Lipitor while incarcerated.

5. Having type 2 diabetes also increases Mr. Clyne's risks for serious complications including heart disease (cardiovascular disease), blindness (retinopathy), nerve damage (neuropathy), and kidney damage (nephropathy). *See* American Diabetes Association website at http://www.diabetes.org/type-2-diabetes.jsp. Indeed, Mr. Clyne had a heart attack in May 2004 and had coronary stents inserted at that time.

6. Mr. Clyne also has reduced lung capacity from an episode of pneumonia in 2005 which caused severe scarring of his lungs. This past summer, Mr. Clyne was diagnosed with thrombocytopenia (or low blood platelet count). Finally, since 2006, Mr. Clyne has had a series of blackouts, the cause of which has not been determined.

7. As noted in the Presentence Report, Mr. Clyne is being treated by three physicians: Dudley Bennett, M.D., his primary care physician; Thomas Noonan, M.D., his cardiologist; and David Ettensohn, M.D., his pulmonologist. Undersigned counsel is in the process of obtaining reports from these doctors to assist this Court in fashioning an appropriate sentence in this case and a recommendation for Mr. Clyne's designation in the event he receives a sentence of imprisonment. Undersigned counsel needs additional time to obtain these reports which, upon information and belief, will evaluate the risks associated with changing Mr. Clyne's medications and provide undersigned counsel with the information he needs to make recommendations to the Court regarding Mr. Clyne's medical issues.

8. In addition, the government recently filed a motion seeking a 2-level adjustment for obstruction of justice pursuant to U.S.S.G. § 3C1.1 based on its claim that Mr. Clyne provided "materially false information" to the United States Probation Office. Currently, undersigned counsel does not have in his possession the documents necessary to rebut the government's allegations. Indeed, since late August, 2007, undersigned counsel has been working diligently to obtain the documentation necessary to satisfy the government's numerous requests regarding the property at issue from a solicitor in Ireland. Notwithstanding undersigned counsel's best efforts, said documentation has not yet been received. However, upon information and belief, undersigned counsel should be receiving said documentation within the next week. Upon information and belief, this documentation is necessary to show that Mr. Clyne did not make any materially false statements to the U.S. Probation Office. Accordingly, additional time is necessary to obtain these documents and respond to the government's allegations.

9. Finally, the United States Probation Officer Heather McLoughlin has requested a 2-level adjustment, pursuant to U.S.S.G. § 3B1.3, alleging that Mr. Clyne abused a position of trust or used a special skill to facilitate the commission or concealment of the offense at issue. Undersigned counsel needs some additional time to rebut the Probation Officer's claim.

10. Mr. Clyne notes that this is his first request to continue his sentencing and there have been no other requests to date to continue his sentencing.

11. Mr. Clyne further notes that he has complied with all the terms and conditions of his pretrial and post-plea release without incident.

12. The government will not be prejudiced or inconvenienced by the continuance requested.

13. Also, undersigned counsel notes that before filing the within motion, he discussed this continuance request with counsel for the government, AUSA Andrew J. Reich, and requested the government's assent. However, Mr. Reich informed undersigned counsel that he will object to this request.

14. Finally, defendant submits that going forward without the information set forth above would deprive this Honorable Court of important and pertinent information for purposes of sentencing Mr. Clyne, would unfairly prejudice Mr. Clyne, and could result in an unreasonable or excessive sentence.

15. Thus, given all of the above circumstances, defendant submits that good cause exists for continuing his sentencing to November 30, 2007.

Respectfully submitted,

/s/ Scott P. Lopez
Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow
Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: October 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **CRIMINAL NO.: 07-CR-00107-ML** |
| **PATRICK CLYNE,** **Defendants.** | ) | |

**DEFENDANT'S MEMORANDUM OF LAW**
**IN SUPPORT OF HIS MOTION TO CONTINUE SENTENCING**

Defendant Patrick Clyne, by and through undersigned counsel, submits this Memorandum of Law in Support of his Motion to Continue His Sentencing, currently scheduled for November 2, 2007, to November 30, 2007.

Specifically, this Honorable Court has wide discretion to grant or deny a request for a continuance. See United States v. Saccoccia, 58 F.3d 754, 770 (1st Cir. 1995). Indeed, [o]nly an unreasoning and arbitrary insistence upon expeditiousness in the face of a justifiable request for delay" would amount to an abuse of discretion. United States v. Brand, 80 F.3d 560, 564 (1st Cir. 1996)(quoting Morris v. Slappy, 461 U.S. 1, 11-12, 103 S.Ct. 1610, 75 L.Ed.2d 610 (1983).

In the present case, defendant requests a continuance for justifiable reasons, including some additional time to adequately brief the complicated medical issues involved in this case, as well as to respond to both the government's and probation department's requests for offense level adjustments. Obviously, these are critical issues that the Court, in the interests of justice, will want to decide fairly and impartially. See United States v. Fink, 499 F.3d 81, 89 (1st Cir. 2007).

Accordingly, in the present case, it is well within this Honorable Court's discretion to allow defendant's motion to continue his sentencing from November 2, 2007, until November 30, 2007.

WHEREFORE, defendant respectfully requests this Honorable Court to grant his motion.

Respectfully submitted,

/s/ Scott P. Lopez
Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow
Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: October 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez