**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-107ML** |
| | : | |
| **PATRICK CLYNE** | : | |

**ADDENDUM TO GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A 2-LEVEL ADJUSTMENT FOR OBSTRUCTION OF JUSTICE**

The United States of America, by and through its undersigned attorney, respectfully submits this Addendum to its Memorandum of Law in Support of its Motion for a 2-Level Adjustment for Obstruction of Justice.

On October 10, 2007, the government filed a Motion and Memorandum of Law in Support of its Motion for a 2-Level Adjustment for Obstruction of Justice. Exhibits E and F of the Memorandum of Law consisted of Land Registry records relating to two parcels of land in Ireland (Folios 10746 and 7106F). On October 23, 2007, the government received the official versions of those same land records. Those records, which are attached to this Addendum as Exhibits 1 and 2, are from the Property Registration Authority of Ireland.

The records reflect the ownership of the respective parcels as of October 12, 2007. They reveal that the defendant and his wife are the owners of the parcel described in Folio 10746. They also show that the parcel described in Folio 7106F was owned by

the defendant and his wife until September 5, 2006, at which time its ownership was transferred solely to the wife.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich

ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2007, a copy of the within Addendum to the Government's Memorandum of Law in Support of Its Motion For A 2-Level Adjustment For Obstruction of Justice, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

U.S. Probation

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov