# The Property Registration Authority
# An tÚdarás Clárúcháin Maoine

## Land Registry Sealed and Certified Copy Folio (& Filed Plan)

ANDREW REICH
50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE
RHODE ISLAND 02903
USA

RECEIVED
OCT 2 2 2007
U.S. ATTORNEY
DISTRICT OF R.I.

**This page forms part of the official document. Do not detach.**

**Folio Number:** LM10746
**Application Number:** C2007NL008034A
**Your Reference:** U.S. DEPARTMENT OF JUSTICE

This document comprises an office copy of the Land Registry record for the above mentioned folio/filed plan as of the date appearing.

Details of **dealings pending** (if any) on the enclosed folio/filed plan are listed in the **Schedule** below.

CLARLANN NA TALUN PRIOMH OIFIG

Christy Mooney
An officer duly authorised by the Property Registration Authority.

## Schedule

D2005WS009634X
D2007NL010546G

**Notes:**

1. Filed plans should be read in conjunction with the Register. The description of the land in the Register or on the filed plan is not conclusive as to the boundaries or extent of the land (see Section 85 of the Registration of Title Act 1964, as substituted by Section 62 of the Registration of Deeds and Title Act, 2006).

2. Filed plans greater than A3 in size may be provided as separate A3 tiles with an overlap and print gutter. When aligning the tiled sheets, customers are advised to use the underlying topographical detail.

3. On receipt of this record, please check to verify that all the details contained therein are correct. If this is not the case, please return the document to the Property Registration Authority immediately.

Exhibit 1

# Land Registry

## County Leitrim Folio 10746

### Register of Ownership of Freehold Land

### Part 1(A) - The Property

For parts transferred see Part 1(B)

| No. | Description | Official Notes |
|---|---|---|
| 1 | A plot of ground being part of the Townland of DRUMBAD and Barony of CARRIGALLEN containing 8.2400 Hectares shown as Plan(s) 10746 edged RED on the Registry Map (OS MAP Ref(s) 22/13, 25/1).<br>The Registration does not extend to the mines and minerals | L.R.114/21054 |

File Plan Issued: No

Land Cert Issued: Yes

Collection No.:

# Land Registry

County Leitrim Folio 10746

## Part 1(B) - Property

Parts Transferred

| No. | Prop No: | Instrument: | Date: | Area (Hectares): | Plan: | Folio No: |
|---|---|---|---|---|---|---|
| | | | | | | |

# Land Registry

## County Leitrim Folio 10746

### Part 2 - Ownership

Title ABSOLUTE

| No. | The devolution of the property is subject to the provisions of Part II of the Succession Act, 1965 | |
|---|---|---|
| ~~1~~ | ~~03-AUG-1971~~<br>~~W 3161/71~~ | ~~PATRICK O'HARA (FARMER) of UNSHINAGH, BALLINAMORE, COUNTY LEITRIM is full owner.~~<br>Cancelled D2004WS002291X 20-FEB-2004 |
| 2 | 20-FEB-2004<br>D2004WS002291X | Patrick Clyne of 1 Rosog, Willowfield Road, Ballinamore, County Leitrim and Ibtisama Clyne of 1 Rosog, Willowfield Road, Ballinamore, County Leitrim are full owners. |
| | | Land Cert Req No.: D2004WS002291X<br>Date: 28-APR-2004<br>Issued to: WALTER P TOOLAN & SONS SOLICITORS<br>Address: BALLINAMORE<br>CO LEITRIM |

# Land Registry

## County Leitrim Folio 10746

### Part 3 - Burdens and Notices of Burdens

| No. | | Particulars |
|---|---|---|
| 1 | | The property is subject to the provisions prohibiting letting, subletting or subdivision specified in Section 12 of the Land Act, 1965, and to the provisions restricting the vesting of interests specified in Section 45 of the said Act in so far as the said provisions affect same. |
| 2 | 19-MAR-1926<br>8148/26 | The eight of the said Bridget Stutton during her life to live in the dwelling house on the lands in the room on the West side to have the run of the Kitchen in the said house and to graze one cow on the lands Winter and Summer. |

# The Property Registration Authority
# An tÚdarás Clárúcháin Maoine

## Land Registry Sealed and Certified Copy Folio (& Filed Plan)

ANDREW REICH
50 KENNEDY PLAZA, 8th FLOOR
PROVIDENCE
RHODE ISLAND 02903
USA

**This page forms part of the official document. Do not detach.**

**Folio Number:** LM7106F
**Application Number:** C2007NL008035B
**Your Reference:** U.S DEPARTMENT OF JUSTICE

This document comprises an office copy of the Land Registry record for the above mentioned folio/filed plan as of the date appearing.

Details of **dealings pending** (if any) on the enclosed folio/filed plan are listed in the **Schedule** below.

CLARLANN NA TALUN PRIOMH OIFIG

Christy Mooney
An officer duly authorised by the Property Registration Authority.

**Schedule**

D2007NL062589M

**Notes:**

1. Filed plans should be read in conjunction with the Register. The description of the land in the Register or on the filed plan is not conclusive as to the boundaries or extent of the land (see Section 85 of the Registration of Title Act 1964, as substituted by Section 62 of the Registration of Deeds and Title Act, 2006).

2. Filed plans greater than A3 in size may be provided as separate A3 tiles with an overlap and print gutter. When aligning the tiled sheets, customers are advised to use the underlying topographical detail.

3. On receipt of this record, please check to verify that all the details contained therein are correct. If this is not the case, please return the document to the Property Registration Authority immediately.

Exhibit 2

# Land Registry

## County Leitrim Folio 7106F

### Register of Ownership of Freehold Land

### Part 1(A) - The Property

For parts transferred see Part 1(B)

| No. | Description | Official Notes |
|---|---|---|
| 1 | A plot of ground being part of the Townland of DRUMBAD and Barony of CARRIGALLEN containing 2.4419 Hectares shown as Plan(s) 2 edged RED on the Registry Map (OS MAP Ref(s) 25/1).<br><br>The Registration does not extend to the mines and minerals | From Folio LM10439 |

Land Cert Issued: No



Collection No.:

# Land Registry

County Leitrim Folio 7106F

## Part 1(B) - Property

Parts Transferred

| No. | Prop No: | Instrument: | Date: | Area(Hectares): | Plan: | Folio No: |
|---|---|---|---|---|---|---|
| | | | | | | |

# Land Registry

## County Leitrim Folio 7106F

### Part 2 - Ownership

Title ABSOLUTE

| No. | The devolution of the property is subject to the provisions of Part II of the Succession Act, 1965 | | | |
|---|---|---|---|---|
| ~~1~~ | ~~06-JUL-1998~~ ~~W4802/98~~ | ~~MICHAEL OG. O'MAONAICH of DRUMBAD, BALLINAMORE, COUNTY LEITRIM is full owner.~~ | | |
| | | Cancelled | D2005WS017646Y | 02-DEC-2005 |
| ~~2~~ | ~~02-DEC-2005~~ ~~D2005WS017646Y~~ | ~~PATRICK B CLYNE of Drumbad, Ballinamore, County Leitrim and IBTISMA CLYNE of Drumbad, Ballinamore, County Leitrim are full owners.~~ | | |
| | | Cancelled | D2006NL047461U | 05-SEP-2006 |
| 3 | 05-SEP-2006 D2006NL047461U | IBTISAMA CLYNE of 1 ROSOG, WILLOWFIELD ROAD, BALLINAMORE, CO LEITRIM is full owner. | | |

# Land Registry

**County Leitrim** **Folio 7106F**

## Part 3 - Burdens and Notices of Burdens

| No. | Particulars |
|---|---|
| | |