**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-107ML** |
| | : | |
| **PATRICK CLYNE** | : | |

**SECOND ADDENDUM TO GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A 2-LEVEL ADJUSTMENT FOR OBSTRUCTION OF JUSTICE**

The United States of America, by and through its undersigned attorney, respectfully submits this Second Addendum to its Memorandum of Law in Support of its Motion for a 2-Level Adjustment for Obstruction of Justice.

On October 10, 2007, the government filed a Motion and Memorandum of Law in Support of its Motion for a 2-Level Adjustment for Obstruction of Justice. On October 23, 2007, the government filed an Addendum to that Motion, which consisted of records from the Property Registration Authority of Ireland. Those records referenced certain Schedules. On October 25, 2007, the government received those Schedules, which are attached to

this Second Addendum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the day of October, 2007, a copy of the within Second Addendum to the Government's Memorandum of Law in Support of Its Motion For A 2-Level Adjustment For Obstruction of Justice, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

U.S. Probation

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov