Back Search Favorites

Address https://www2.landregistry.ie/LandDirect/com.eds.itris.server.servlet.DirectSearchApplicationServlet Go

Links Customize Links Free Hotmail Windows Windows Marketplace Windows Media

main menu | form 17 | view folio | owner search | map search | request certified copy | app search | account | help | logout

*Matthew Gannon*

# Pending Applications for Folio LM10746

BACK

| | |
|---|---|
| **Application Number** | **D2005WS009634X** |
| Date Lodged | 03-08-2005 |
| Application Type | Correspondence |
| Application Status | For Further Attention |
| Applicants | PATRICK CLYNE |
| Lodged By | CONTESSA TRAINING LIMITED T/A JAMES FITZGERALD |
| Reference | n/a |
| Associated Folios | LM10746. LM10436. |
| | |
| **Application Number** | **D2007NL010546G** |
| Date Lodged | 08-02-2007 |
| Application Type | Copy Folio/File Plan, Copy Folio/File Plan, Copy Folio/File Plan, Transfer (Voluntary), Grant of Wayleave/Right of Way |
| Application Status | Mapping |
| Applicants | IBTISAMA CLYNE |
| Lodged By | WALTER P TOOLAN & SONS SOLICITORS |
| Reference | GPT/TJ/5260C |
| Associated Folios | LM10438. LM10746. LM10748. |
| | |
| *** indicates a new Folio** | |

BACK

Search Favorites

ddress https://www2.landregistry.ie/LandDirect/com.eds.itris.server.servlet.DirectSearchApplicationServlet Go

nks Customize Links Free Hotmail Windows Windows Marketplace Windows Media

main menu | form 17 | view folio | owner search | map search | request certified copy | app search | account | help | logout

*Matthew Gannon*

# Search Results for: D2007NL062589M

BACK

| | |
|---|---|
| **Application Number** | **D2007NL062589M** |
| Date Lodged | 02-10-2007 |
| Application Type | Copy Folio/File Plan, Transfer of Part (Sale), Open New Folio |
| Application Status | Awaiting Attention |
| Applicants | AINE LYNCH |
| Lodged By | PATRICK J CAROLAN & CO SOLICITORS |
| Reference | PC/7577 |
| Date Completed | |
| Associated Folios | LM7106F, LM10748, LM10438. |

*** Indicates a new Folio**

BACK

Internet