WARNING: IT IS RECOMMENDED THAT THE WITHIN SHOULD NOT BE COMPLETED WITHOUT PRIOR LEGAL ADVICE

*Law Society of Ireland*

# GENERAL CONDITIONS OF SALE 2001 EDITION

PARTICULARS
and
CONDITIONS OF SALE
of

*SALE BY PRIVATE TREATY
*SALE BY AUCTION
to be held at

on the day of , 200

at o'clock

*Auctioneer:
*Address:

* Delete, if inappropriate

Vendor:

Vendor's Solicitor:
~~Address:~~

Reference:

Law Society General Conditions of Sale
2001 Edition
© Law Society of Ireland

21

being the Spouse of the under-named Vendor hereby, for the purposes of Section 3, Family Home Protection Act, 1976, consent to the proposed sale of the property described in the within Particulars t the price mentioned below.

**SIGNED** by the said Spouse
in the presence of:

**MEMORANDUM OF AGREEMENT** made this 18th day of June 2002.
BETWEEN Gabriel Toolan, the Lawful Attorney of Bridie M O'Hara the person entitled to extract a Grant of Administration in the estate of Patrick O'Hara, deceased

of Late of 161 Tyrconnell Ave., Massapequa Park, New York, 11762-3117, USA

**VENDOR**

and Bernie Clyne

of 67 Ridge St., Providence, Rhode Island, 02909, USA

**PURCHASER**

whereby it is agreed that the Vendor shall sell and the Purchaser shall purchase in accordance with the annexed Special and General conditions of Sale the property described in the within Particulars at the purchase price mentioned below.

Purchase Price € 63,486.90

Closing Date: 21 days after the date of extraction of Grant of Administration in the Estate of Patrick O'Hara, deceased

Less deposit € 6,348.69

Interest Rate: 12 per cent per annum

Balance € 57,138.21

SIGNED Gabriel Toolan.
(Vendor)

Witness Sharon Flynn
Occupation Secretary
Address Aughnasheelin Ballinamore

B.C
SIGNED X Bernney Clyne
(Purchaser)

Witness
Occupation
Address

As Stakeholder I/We acknowledge receipt of Bank Draft/Cheque for £ in respect of deposit.

SIGNED

## PARTICULARS AND TENURE

**ALL THAT AND THOSE** part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being all of the lands comprised in folio 10746 of the Register of Freeholders of the said County comprising 20 acres 1 rood and 18 perches.

## DOCUMENTS SCHEDULE

1. Up to date copy folio 10746 Co. Leitrim.

## SEARCHES SCHEDULE

1. Negative Search in the Registry of Deeds on the Index of Names only for all acts affecting the subject property by the Vendor from the

# SPECIAL CONDITIONS

1. Save where the context otherwise requires or implies or the text hereof expresses to the contrary, the definitions and provision as to interpretation set forth in the within General Conditions shall be applied for the purposes of these Special Conditions.

2. The said General Conditions shall:

   (a) apply to the sale in so far as the same are not hereby altered or varied, and these Special Conditions shall prevail in case of any conflict between them and the General Conditions,

   (b) be read and construed without regard to any amendment therein, unless such amendment shall be referred to specifically in these Special Conditions.

3. Title to the property shall commence with up to date copy folio 10746 Co. Leitrim and shall be deduced therefrom and no Requisitions shall be raised or replied to in relation to prior title.

4. The Vendor sells as the lawful Attorney of Bridie M O'Hara, 161 Tyrconnell Ave., Massapequa Park, New York, 11762-3117, USA. The Vendor has applied for a Grant of Letters of Administration in the Estate of Patrick O'Hara and agrees to ratify this Contract by letter of confirmation immediately upon the extraction of the said Grant of Administration.

5. In addition to the purchase price the Purchaser agrees to discharge the following expenses:

   (1) Probate Tax in the Estate of Patrick O'Hara
   (2) All legal fees, expenses and outlays incurred in the extraction of the Grant of Administration and updating of Title of folio 10746 entitling Bridie M O'Hara to sell the property.
   (3) All sale costs of Bridie M O'Hara in relation to the proposed sale.