# LAND REGISTRY

COUNTY LEITRIM FOLIO 10746

TRANSFER dated 3rd day of January 2003

GABRIEL TOOLAN (The Attorney lawfully appointed of Bridie O'Hara) the Legal Personal Representative of Patrick O'Hara deceased the registered owner as beneficial owner in consideration of the sum of Sixty Three Thousand Four Hundred and Eighty Six Euro and Ninty Cents (€63,486.90) (The receipt of which is hereby acknowledged) hereby transfers all of the property described in Folio 10746 of the Register of freeholders County Leitrim to PATRICK B. CLYNE AND IBTISAMA CLYNE as Joint Tenants in fee simple.

The address of PATRICK B. CLYNE AND IBTISAMA CLYNE in the state for Service of Notice and their description is:

1 Rosog
Willowfield Road
Ballinamore
Co. Leitrim
Electrician and
retired Civil Servant respectively

IT IS HEREBY CERTIFIED that section 29 (conveyance on sale combined with building agreement for dwellinghouse/apartment) of the Stamp Duties Consolidation Act, 1999, does not apply to this instrument.

It is hereby certified (a) that the consideration (other than rent) for the sale/lease is partly attributable to residential property, and (b) that the transaction effected by this instrument does not form part of a larger transaction or of a series of transactions in respect of which the amount or value, or the aggregate amount or value, of the consideration (other than rent) which is attributable to residential property, or which would be so attributable if the contents of residential property were considered to be residential property, exceeds €17,486.90 and (c) that the transaction effected by this instrument does not form part of a larger transaction or of a series of transactions in respect of which the amount or value, or the aggregate amount or value, of the consideration (other than rent) which is attributable to property which is not residential property exceeds €46,000.00.

17/07/03-PS00-PDEUR2,340
*C1840 03E0002971

IT IS HEREBY FURTHER CERTIFIED by PATRICK B. CLYN who becomes entitled under this Instrument to the entire beneficial interest in the property hereby conveyed or transferred, that the said person is an Irish Citizen, and as such is a qualified person within the meaning of section 45 of the Land Act 1965.

IT IS HEREBY FURTHER CERTIFIED by the said IBTISAMA CLYNE being the person becoming entitled under this Instrument to the entire beneficial interest in the property hereby conveyed or transferred, that she is a qualified person within the meaning of Section No. 45 of the Land At 1965 as amended by Statutory Instrument No. 56 of 1995.

AND IT IS HEREBY FURTHER CERTIFIED for the purposes of the stamping of this Instrument, that this is an instrument to which the provisions of Section 112 of the Finance Act 1990 do not apply for the reason that it comprises house and land only.

SIGNED SEALED AND DELIVERED
by the said GABRIEL TOOLAN
in the presence of:

WALTER P. TOOLAN & SONS
SOLICITORS
BALLINAMORE
CO. LEITRIM

SIGNED SEALED AND DELIVERED
by the said PATRICK B. CLYNE
and IBTISAMA CLYNE
in the presence of:

WALTER P. TOOLAN & SONS
SOLICITORS
BALLINAMORE
CO. LEITRIM