WARNING: IT IS RECOMMENDED THAT THE WITHIN SHOULD NOT BE COMPLETED WITHOUT PRIOR LEGAL ADVICE

*Law Society of Ireland*

# GENERAL CONDITIONS OF SALE 2001 (REVISED) EDITION

PARTICULARS
and
CONDITIONS OF SALE
of

*SALE BY PRIVATE TREATY
*SALE BY AUCTION
to be held at

on the day of , 200

at o'clock

*Auctioneer:
*Address:

* Delete, if inappropriate

Vendor:

Vendor's Solicitor:
Address:

Reference:

Law Society General Conditions of Sale
2001 (Revised) Edition
© Law Society of Ireland

I being the Spouse of the under-named Vendor hereby, for the purposes of Section 3, Family Home Protection Act, 1976, consent to the proposed sale of the property described in the within Particulars t the price mentioned below.

**SIGNED** by the said Spouse
in the presence of:

**MEMORANDUM OF AGREEMENT** made this 16 day of June 2006
BETWEEN **Patrick Clyne and Ibtisama Clyne**
**Of Rosog, Ballinamore, Co. Leitrim**

**VENDORS**

And **Frank Maxwell**
**Fohera, Ballinamore, Co. Leitrim**

**PURCHASERS**

whereby it is agreed that the Vendor shall sell and the Purchaser shall purchase in accordance with the annexed Special and General conditions of Sale the property described in the within Particulars at the purchase price mentioned below.

| | | |
|---|---|---|
| Purchase Price | € 91,000.00 (see special conditions) | Closing Date: See Special Conditions |
| less deposit | € 9,100.00 | Interest Rate: 10% per annum |
| Balance | € 81,900.00 | |

SIGNED Benny Clyne [signatures]
(Vendor)

Witness Gabriel Toolan

Occupation Solicitor

Address Ballinamore.

SIGNED [signature]
(Purchaser)

Witness Teresa Johnston

Occupation Secretary

Address Newtowngore, Co. Leitrim

As Stakeholder I/We acknowledge receipt of Bank Draft/Cheque for € in respect of deposit.

SIGNED ____________________

## PARTICULARS AND TENURE

**ALL THAT AND THOSE** part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being the lands comprised in all of folio 10746 of the Register of said County as more particularly delineated on the map attached hereto.

# DOCUMENTS SCHEDULE

1. Copy Folio 10746 County Leitrim

# SEARCHES SCHEDULE

1. Negative Search in the Registry of Deeds on the Index of Names only for all acts affecting the subject property by the Vendor from the

# SPECIAL CONDITIONS

1. Save where the context otherwise requires or implies or the text hereof expresses to the contrary, the definitions and provision as to interpretation set forth in the within General Conditions shall be applied for the purposes of these Special Conditions.

2. The said General Conditions shall:
   (a) apply to the sale in so far as the same are not hereby altered or varied, and these Special Conditions shall prevail in case of any conflict between them and the General Conditions,
   (b) be read and construed without regard to any amendment therein, unless such amendment shall be referred to specifically in these Special Conditions.

3. In addition to the purchase price, the Purchaser shall pay to the Vendor an amount equivalent to such Value-Added Tax as shall be exigible in relation to the sale, same to be calculated in accordance with he provisions of the Value-Added Tax Act, 1972, and to be paid on completion of the sale or forthwith upon receipt by the Purchaser of any appropriate invoice (whichever shall be the later).
   *(Delete if inappropriate)*

4. Title to the property 10746 shall commence with up to date copy folio showing Patrick Clyne and Ibtisama Clyne registered as owners and shall be deduced therefrom and no requisitions shall be raised or replied to with regard to prior title.

5. The purchase monies for the entirety of the lands comprised in folio 10746 is €91,000.00. The Purchaser is put on notice of the fact that a portion of the lands as more particularly outlined in red on the map attached hereto is the subject of litigation in the High Court/ Circuit Court with Mrs Eileen Logan. This litigation is based on a claim of adverse possession of Mrs Eileen Logan and her predecessors in title over the lands in the sale. If it is the case that the case of Eileen Logan –v- Clyne has not been resolved in favour of the Vendor with an order of the Court giving absolute ownership of the property to the Vendor within 15 months of the date of this Contract then the Purchaser shall be entitled to proceed with the purchase of the lands with the exclusion of the said disputed lands at a reduced price of €61,000.00. In those circumstances the Purchaser shall not derive any right or entitlement to claim ownership over the disputed lands.

V

V
A

R