# RHODE ISLAND SCHOOL OF DESIGN

**TO:** Denise Geoffrey
**FROM:** Paul V. Timmins, Director Public Safety
**DATE:** 5/27/97
**SUBJECT:** Fire Safety Electrician

I am pleased to announce that Patrick Clyne has been offered and accepted the position of Fire Safety Electrician here at RISD. Mr. Clyne will be starting in two weeks at $14.50 per hour.

Thank you for your assistance during this process. Please call me at ext. 6381 if you have any questions.

PVT:cl