RECEIVED
APR 1 0 1997
RISD SAFETY & SECURITY

**FIRE SAFETY ELECTRICIAN**

Perform and oversee the maintenance, testing and improvement of all fire safety and security systems on campus, including detection systems, intrusion alarms, emergency and exit lighting. R.I. Journeyman's license with R.I. Fire Alarm Technician license *or* R.I. Master's license preferred; will consider Fire Alarm Technician license with exceptional experience. Four to six years related work experience, valid driver's license, working knowledge of personal computers essential. Job requires good interpersonal and training skills. Rhode Island School of Design offers competitive wages and an excellent benefit program. Please forward cover letter and resume to Kathleen Alvino, Director, Human Resources, RISD, 2 College St., Providence, RI 02903-2784. RISD is an equal opportunity employer which encourages inquiries and applications from female and minority candidates. RISD does not discriminate on the basis of race, color, age, sex, religion, national or ethnic origin, sexual orientation or disability.

Paul,

Feel free to make any changes. Please fax back to me ASAP so that I can send it to the Journal.

Thanks.

Rae-Ann
x 6427
fax - 6565