RHODE ISLAND SCHOOL OF DESIGN

TWO COLLEGE STREET PROVIDENCE, RHODE ISLAND [illegible] TELEPHONE [illegible]

June 18, 1997

Mr. Patrick Clyne

Dear Mr. Clyne:

On the recommendation of Mr. Paul Timmins, Director of Public Safety, I am pleased to offer you the position of Fire Safety Electrician at Rhode Island School of Design. This is a non-exempt, grade 03/PS position, scheduled for 40 hours per week, with an hourly rate of $14.50 paid on a bi-weekly basis. Your first day will be June 16, 1997.

All non-exempt employees are subject to a three month probationary period which will focus on your job performance. The probationary period can be extended at the discretion of the supervisor. You will be eligible for a performance and merit increase review one year from the date of hire upon successful completion of your probationary period.

Please sign this letter as acknowledgment of your acceptance of this offer, keeping the copy for your records.

We look forward to you joining Rhode Island School of Design. If you have any questions, please contact the Human Resources Department.

Sincerely,

Kathleen M. Alvino
Director, Human Resources

KMA:ray
Enclosures

(Signature)

cc: Mr. P. Timmins

F:\USERS\RYAMZON\DOCS\APPOINT.DOC