COMPUTER ID# 052415 (0524135)

EMPLOYEE NAME: Patrick B. Clyne

ADDRESS: 68 Ferncrest Avenue

CITY, STATE, ZIP: Cranston RI 02905

TELEPHONE: 401-941-6871 SOCIAL SECURITY #: 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

DATE OF BIRTH: 4-20-42 MARITAL STATUS: S: ___ M: ✓ D: ___

TITLE: Fire Safety Electrician GRADE: 03/PS

DEPT. NAME: Public Safety ACCOUNT #: 10-75-260-0200

DATE OF HIRE: 6-16-97 W-4 STATUS: M 0

SALARY: HOURLY: 14.50 YEARLY: 30,160 HOURS PER WEEK: 40

SHIFT DIFFERENTIAL: 2ND ___ 3RD ___

STATUS: FULL-TIME: ✓ PART-TIME: ___ TEMPORARY: ___ ON-CALL: ___

PAYROLL DESIGNATION: ADM/FACULTY: ___ BI-WEEKLY: ✓ MISC/MONTH: ___

BENEFITS

| PLAN | | | DEDUCTION | EFFECTIVE DATE |
|---|---|---|---|---|
| CLASSIC BLUE | IND | FAM | $ | |
| HEALTHMATE | IND | FAM | $ | |
| HARVARD COMM. | IND | FAM | $ | |
| UNITED HEALTH | IND | FAM | $ | |
| DELTA DENTAL | IND | (FAM) | $ 39.74 | 7-1-97 |
| GROUP DISABILITY | (YES) | NO | $ 7.30 | 7-1-97 |
| LIFE INSURANCE | $ 31,000 | | N/A | 7-1-97 |

AUTHORIZED BY: Rae-Ann Yanzon DATE: 6-19-97
HUMAN RESOURCES DEPARTMENT

TO: PAYROLL
CC: FILE