# PH..SICAL .PLANT/SECURITY/REFEC. RY
# PERFORMANCE APPRAISAL

PLEASE COMPLETE IN INK

3 MONTH PROBATION

NAME: Patrick Clyne
DEPARTMENT: Public Safety
EVALUATION PERIOD: 6/1/97-9/1/97

TITLE: Fire Safety Electrician
SUPERVISOR: P. Timmins
GRADE: 03

RATING GUIDE: 1= Outstanding; 2= Above Fully Satisfactory; 3= Fully Satisfactory; 4= Needs Further Improvement; 5= Unsatisfactory

## I. INDICATE PERFORMANCE RATING FOR EACH ITEM BELOW

| Check if Critical Skill (A skill essential to the fulfillment of the basic job responsibilities) | | Circle Appropriate Number | Comments |
|---|---|---|---|
| | **A. GENERAL** | | |
| | Attendance | 1 (2) 3 4 5 | Berney has an excellent attendance record during this period. |
| | Reliably follows instructions | 1 2 (3) 4 5 | Very accurately follows instructions. |
| | Completes work assignments on time | 1 (2) 3 4 5 | Although very busy Berney consistently manages to complete work. |
| ✓ | Accurately performs job tasks and assignments | 1 (2) 3 4 5 | Berney is very thorough in his work. |
| | Sets and attains high performance standards for self | 1 (2) 3 4 5 | Berney wants to do the best job possible. |
| | Demonstrates and updates knowledge of job-related concepts and/or skills | 1 2 (3) 4 5 | Johnson Control training and attendance at monthly meeting already scheduled. |
| ✓ | Adheres to and remains knowledgeable of safety regulations, using safety equipment as needed | 1 (2) 3 4 5 | Consistently seeks the safe appropriate ways to handle tasks. |
| | Overall rating of General Area | 1 (2) 3 4 5 | |

Comments: Berney has done well in the general category.

| | | Circle Appropriate Number | Comments |
|---|---|---|---|
| **B. INTERPERSONAL SKILLS/TEAMWORK** | | | |
| ✓ | Cooperative and works effectively with others | 1 (2) 3 4 5 | Easy going Berney enjoys working with others. |
| | Demonstrates/employs effective verbal communications | 1 (2) 3 4 5 | A clear communicator with all levels he is very effective. |
| | Demonstrates/employs effective written communications | 1 2 (3) 4 5 | Written communications are done well. |
| ✓ | Exhibits good interpersonal skills | 1 2 (3) 4 5 | Berney's skills are excellent and increase his effectiveness |
| | Demonstrates leadership | 1 (2) 3 4 5 | Following the RISD planning & objectives Berney has worked out plans to implement. |
| ✓ | Demonstrates adaptability to changing priorities | 1 (2) 3 4 5 | Fire Safety is often changing priorities Berney adapts well. |
| | Overall rating of Interpersonal Skills/Teamwork | 1 (2) 3 4 5 | |

Comments: Berney works well with all levels of people this is a strong asset in his position.

| | | | |
|---|---|---|---|
| **C. PROBLEM SOLVING** | | | |
| | Demonstrates initiative, self-reliance, and resourcefulness in day-to-day operations | 1 (2) 3 4 5 | Berney is a go getter not afraid to step forward and confront an issue or problem. |
| ✓ | Determines priorities and systematically carries out assignments | 1 2 (3) 4 5 | Berney has done well with the alarm work, we are entering the exciting area of training + inspection |
| | Makes innovative contributions | 1 (2) 3 4 5 | Berney regularly comes up with ideas that improve our work. |
| | Overall rating of Problem Solving | 1 (2) 3 4 5 | |

Comments: In a short time Berney has addressed nagging alarm problems and offered ways to continue improving fire safety at RISD

II. LIST PREVIOUSLY ESTABL IED GOALS/OBJECTIVES (If plicable)

| Goal | Circle Appropriate Number | Comments |
|---|---|---|
| Alarm System Upgrades | 1 (2) 3 4 5 | Progressing well |
| Fire Safety Education | 1 2 (3) 4 5 | Good ideas. |
| Fire Safety Inspection | 1 2 (3) 4 5 | Good job. |
| | 1 2 3 4 5 | |

III. SIGNIFICANT CHANGES SINCE LAST APPRAISAL (Consider skills, courses taken, changes in attitude and performance. Action taken on suggestions made on previous performance reviews.)

Berney has quickly learned RISD's fire safety systems since he ~~started~~ in June.

IV. SPECIFIC RECOMMENDATIONS FOR BETTER UTILIZING STRENGTHS AND IMPROVING JOB PERFORMANCE

| | Target Date |
|---|---|
| Johnson Controls Seminar | Nov 97 |
| Monthly Safety Meetings | Oct 97 |

V. OVERALL PERFORMANCE: Check the rating which best summarizes this employee's overall job performance in terms of the job requirements. Your rating should take into account:

1. The degree to which the job requirements have been satisfied.
2. The difficulty of the job requirements.
3. The employee's methods for satisfying job requirements.

____ OUTSTANDING

____ +
✓ ABOVE FULLY SATISFACTORY
____ -

____ +
____ FULLY SATISFACTORY
____ -

____ +
____ NEEDS FURTHER IMPROVEMENT
____ -

____ +
____ UNSATISFACTORY

**VI. GENERAL COMMENTS**

In a very short time Berney has become an important part of the Public Safety team.

**VII. GOALS/OBJECTIVES FOR NEXT YEAR** (if applicable)

**VIII. EMPLOYEE WOULD LIKE TO BE CONSIDERED FOR** (Optional)

**IX. EMPLOYEE COMMENTS**

**X. ORDER OF APPROVAL**

| | | Date |
|---|---|---|
| 1. Immediate Supervisor | [signature] | 9/24/97 |
| 2. Human Resources | Denise M. Shaffrey | 10/6/97 |
| 3. Employee | [signature] | 10/17/97 |
| 4. Next Level Supervisor | [signature] | 10/21/97 |

Supervisors need to make sure the approval signature sequence is followed and then returned to Human Resources.