PHYSICAL PLANT/SECURITY/REFECTORY
PERFORMANCE APPRAISAL

RECEIVED JUN 24 1998 HUMAN RESOURCES

**PLEASE COMPLETE IN INK**

NAME: Patrick Clyne
DEPARTMENT: Public Safety
EVALUATION PERIOD: 6/1/97-6/1/97

TITLE: Fire Safety Electrician
SUPERVISOR: P. Timmins
GRADE: 03

RECEIVED JUL 18 1998 HUMAN RESOURCES

RATING GUIDE: 1= Outstanding 2= Above Fully Satisfactory 3= Fully Satisfactory 4= Needs Further Improvement 5= Unsatisfactory

I. INDICATE PERFORMANCE RATING FOR EACH ITEM BELOW

| Check if Critical Skill (A skill essential to the fulfillment of the basic job responsibilities) | | Circle Appropriate Number | Comments |
|---|---|---|---|
| | **A. GENERAL** | | |
| | Attendance | 1 (2) 3 4 5 | Berney has an excellent attendance record |
| | Reliably follows instructions | 1 (2) 3 4 5 | Daily Berney does well. |
| | Completes work assignments on time | 1 2 (3) 4 5 | Given the large workload for him Berney does well getting assignments done on time. |
| ✓ | Accurately performs job tasks and assignments | (1) 2 3 4 5 | Any tasks done Berney puts his first effort forward. Highly Accurate. |
| | Sets and attains high performance standards for self | (1) 2 3 4 5 | The highest standards for our fire and life safety systems are Berney's standards. |
| ✓ | Demonstrates and updates knowledge of job-related concepts and/or skills | 1 (2) 3 4 5 | Through training, publications and conversations he stays on top of his industry. |
| ✓ | Adheres to and remains knowledgeable of safety regulations, using safety equipment as needed | (1) 2 3 4 5 | This industry focuses on safety, Berney excells. |
| | Overall rating of General Area | 1 (2) 3 4 5 | |

Comments: Personable, highly competent Berney excels in the general areas.

| | | Circle Appropriate Number | Comments |
|---|---|---|---|
| | **B. INTERPERSONAL SKILLS/TEAMWORK** | | |
| ✓ | Cooperative and works effectively with others | 1 (2) 3 4 5 | Berney has worked well with all levels of RISD And outside People; |
| ✓ | Demonstrates/employs effective verbal communications | (1) 2 3 4 5 | Using excellent verbal skills Berney is very effective in his role. |
| _____ | Demonstrates/employs effective written communications | 1 (2) 3 4 5 | Concise effective written communication |
| ✓ | Exhibits good interpersonal skills | (1) 2 3 4 5 | Berney has excellent interpersonal Skills |
| _____ | Demonstrates leadership | 1 (2) 3 4 5 | Berney has taken a strong leadership role in several areas, |
| _____ | Demonstrates adaptability to changing priorities | (1) 2 3 4 5 | In Public Safety everything changes daily. Berney stays with the changes |
| _____ | Overall rating of Interpersonal Skills/Teamwork | 1 (2) 3 4 5 | |

Comments: In Berney's position this area is very important.

| | | | |
|---|---|---|---|
| | **C. PROBLEM SOLVING** | | |
| _____ | Demonstrates initiative, self-reliance, and resourcefulness in day-to-day operations | (1) 2 3 4 5 | Under consultation with Director Berney is a self starter, accomplishes his work referring to a day as eight precious hours. |
| _____ | Determines priorities and systematically carries out assignments | 1 (2) 3 4 5 | Without much fanfare Bernie completes tasks |
| _____ | Makes innovative contributions | (1) 2 3 4 5 | A great strength is Berney's ideas to change & improve |
| ✓ | Overall rating of Problem Solving | (1) 2 3 4 5 | |

Comments: This category could easily be called elements of experience. Berney's greatest asset is his wealth of experience.

II. LIST PREVIOUSLY ESTABLISH GOALS/OBJECTIVES (If appli- le)

| Goal | Circle Appropriate Number | Comments |
|---|---|---|
| Reduce False Alarms 50% | 1 (2) 3 4 5 | Excellent system updates |
| Assume Emergency lights | 1 (2) 3 4 5 | Plan of action developed |
| Fire Extinguisher | 1 (2) 3 4 5 | Review, inspect and test |
| | 1 2 3 4 5 | |

III. **SIGNIFICANT CHANGES SINCE LAST APPRAISAL** (Consider skills, courses taken, changes in attitude and performance. Action taken on suggestions made on previous performance reviews.)

Berney has become more comfortable and effective over this past year. Fire Marshal and Johnson Controls training has helped in his position

IV. **SPECIFIC RECOMMENDATIONS FOR BETTER UTILIZING STRENGTHS AND IMPROVING JOB PERFORMANCE**

| | Target Date |
|---|---|
| Educational Activities Plan | Sept. 1998 |
| | |
| | |

V. **OVERALL PERFORMANCE:** Check the rating which best summarizes this employee's overall job performance in terms of the job requirements. Your rating should take into account:

1. The degree to which the job requirements have been satisfied.
2. The difficulty of the job requirements.
3. The employee's methods for satisfying job requirements.

| | | |
|---|---|---|
| ___ + | ✓ + | ___ + |
| ___ OUTSTANDING | ___ ABOVE FULLY SATISFACTORY | ___ FULLY SATISFACTORY |
| ___ - | ___ - | ___ - |

| | |
|---|---|
| ___ + | ___ + |
| ___ NEEDS FURTHER IMPROVEMENT | ___ UNSATISFACTORY |
| ___ - | |

RISD PUBLIC SAFETY

**Comments**

The open door policy of Public Safety Director, Paul Timmins is the main reason for the smooth performance of the fire safety office, and why it is able to implement and carry out its safety upgrading and maintenance programs. The success this office enjoys is due to the accessabillity, support, backup, and interest of Paul for our programs.

Paul continually demonstrates a high committment to safety and security for each individual within the RISD family. Our office is a pleasure and fun place to work in and Pauls direction, management and supervision is the reason for the absence of stress in our work place.