# WHO'S WHO IN CAMPUS SERIVCES
# AT
# RHODE ISLAND SCHOOL OF DESIGN

## 1998-99

Campus Services oversees the following areas: Purchasing and Campus Support Services, Physical Plant, Office of Public Safety, Dining & Catering Services and the RISD Store.

| *Who They Are* | *What They're Called* | *What They Do* | *Where to Call/FAX* |
|---|---|---|---|
| Fran Gast | Associate Vice President | Campus Services | 6421/6415 |
| Deborah Dunne | Executive Secretary | Organization and Information | 6420/6415 |
| | | CPM Support | 6662/6663 |
| ***RISD STORE*** | | | |
| Donald Condrey | General Manager | Store & Metcalf | 6455/6453 |
| Jim Lanzi | Department Manager | Metcalf Supply Store | 6353/6355 |
| Matilde Adams | Department Manager | Art Supplies | 6459 |
| Dana Evans | Department Manager | Books, Gifts, Apparel | 6456 |
| Roland Bruno | Department Manager | Photography, Computers, Office Supplies, Sundries | 6457 |
| Jill Harrop | Office Supervisor | Store A/R System | 6454 |
| ***PUBLIC SAFETY*** | | | |
| Paul Timmins | Director | Coordinates Public Safety & Security Activities | 6381/6388 |
| Paul Olszewski | Assistant Director | Directs Quad Public Safety Office/Details | 6377 |
| Cindy Laughlin | Secretary/Office | Parking/Keys | 6380 |
| Berney Clyne | Fire Safety Technician | Fire Safety Equipment | 6623 |
| Patricia Ferreira | Secretary/ Quad Control | Routine Requests Academic Building Keys | 6376 |
| ***PHYSICAL PLANT*** | | | |
| Ronald Swanson | Director | Coordinates Operations | 6480/6483 |
| Joan Richard | Work Request Coordinator | Work Order Information | 6484 |
| Fred Flori | Assistant Director | Project Coordination<br>Energy Specialist<br>ADA<br>Custodial Services | 6482 |
| Eric Hanson | Supervisor | Maintenance & Grounds | 6481 |
| David Veloso | Supervisor | Custodial Services | 6487 |
| John Silva | Mechanical Supervisor | Power Plant & HVAC | 6357 |
| Paul Mullen | Project Manager | Capital Project Coordination<br>Construction Planning & Mgemnt | 6189/6663 |

| *Who They Are* | *What They're Called* | *What They Do* | *Where to Call/FAX* |
|---|---|---|---|
| ***PURCHASING AND CAMPUS SUPPORT SERVICES*** | | | |
| Gerald Inman | Director | Purchasing & Campus Support Operations | 6425/6415 |
| Francine Monfette | Buyer | Purchasing | 6424 |
| Kim Tanzi | Purchasing Coordinator | P.O. Inquiry<br>Temp. PO #'s<br>Refectory Reservations w/o catering | 6423 |
| Wayne Cabral | Central Stores Manager | Delivery of goods & materials.<br>Coord. RISD Stock Inventory | 6386/6557 |
| Peter McMaster | Supervisor | Mail Services | 6319/6320 |
| Diane Sanborn | Supervisor | Copy Center | 6366/6367 |
| Judy Harrigan | Campus Card Operator | Campus ID Services | 6664 |
| ***DINING and CATERING SER*** | | | |
| Charles Wesley | Director | Dining and Catering Services | 6641/6113 |
| Rosemary Schultz | Food Service Manager | The Pit | 6329 |
| William Andreozzi | Executive Chef | The Met/President's Catering | 6361 |
| Isabel Ferreira | Business Administrator | Dining Plans, A/P & A/R, Catering | 6642 |
| Michael Charpentier | Catering Manager | Catering | 6362 |
| Cathy Payne Feeney (On-call) | Dietician | Student Counseling/Menu Development | 6360 |
| Donald Ferrante | Food Service Manager | The Met evenings | 6362 |
| Ed Crowe | Food Asst. Service Mgr. | The Met/Catering | 6781 |

9/98