RHODE ISLAND SCHOOL OF DESIGN

TWO COLLEGE STREET PROVIDENCE, RHODE ISLAND 02903-2784 TELEPHONE 401-454-6100

January 19, 2000

I want to inform all of the RISD community of a change in leadership in the Department of Public Safety.

Paul Timmins, has left his position as Director, effective January 14, 2000. Paul's accomplishments during his tenure include his efforts to improve safety on campus, developing training programs for officers, computerizing the department's records, and instituting the RISD Emergency Medical Service. We wish him the best in his future endeavors.

Lucette Dunlop, an experienced safety and security professional, is joining us as interim Director of Public Safety. Lucette has extensive experience in the healthcare, computer manufacturing and insurance fields. Most recently she was Director of Security at St Francis/Mount Sinai Hospital and Medical Center in Hartford , CT, The Medical Center is a multi-location campus which includes a school of nursing and a research and education center. Lucette has begun working with the Public Safety staff and looks forward to meeting her other colleagues at RISD in the next few weeks. You can reach her at x6381. Please join me in welcoming Lucette to RISD.

We will be instituting a search for a new director within the next few weeks. If you would like to assist in the search process (as a committee member, or with names of potential candidates, or in any other way), please contact me at x6421 or at fgast@risd.edu.

Thank you in advance for your assistance and if you have any questions, please do not hesitate to contact me.

Fran Gast
Associate Vice-President for Campus Services

RHODE ISLAND SCHOOL OF DESIGN RISD 1877