# RHODE ISLAND SCHOOL OF DESIGN
# HUMAN RESOURCES DEPARTMENT
# PERFORMANCE APPRAISAL INFORMATION

JUN 20 2002

MAY 15 2002

Supervisor L. Dunlop

Evaluation Type Annual

Attached is a Performance Appraisal form for: Patrick Clyne

A Personal Review form has been sent. Salaried employees are required to complete the form and return to you two weeks before the Performance Appraisal form should be completed. A Personal Review form is optional for hourly employees – it is their decision whether they want to complete it or not, if they do, it should be returned to you two weeks before the Performance Appraisal form should be completed.

After you have completed the Performance Appraisal form *in ink* or *typed*, please attach the Personal Review form and return them to Human Resources.

| | | | |
|---|---|---|---|
| Name | P. Clyne | Appraisal Period | |
| Title | Mgr Fire Safety | 09/01/00 TO 09/01/01 ✓ | |
| Grade | 12/AD | Due Date for Completed Appraisal | |
| Department | Public Safety | 09/01/01 ✓ | |

If you have any questions or concerns regarding the process or forms, please call the Compensation Specialist, HR, ext. 6429.

**PLEASE KEEP COVER SHEET ATTACHED TO COMPLETED PERFORMANCE APPRAISAL**

RECEIVED
14 2002
RISD PUBLIC SAFETY

**Institutional Contribution**
Does individual seek to contribute to the fulfillment of the mission of the college? Does he/she support the wider efforts and goals of the college?
EX AS (FS) NI UN NA

Examples or reasons for these ratings are:

As Berney goes about his work, he constantly has the best interests of the College at hand. He truly supports the goals of the College.

**Job Knowledge**
Does individual understand and effectively utilize job-related information and skills and correctly follow departmental policies and procedures? Does he/she adhere to safety regulations and use equipment properly?
(EX) AS FS NI UN NA

Berney has extensive job knowledge which is a result of many years' experience and his concerted efforts to keep his skills current. Berney not only adheres to but also enforces safety regulations. He is up to date on code regulations and is one of the most active proponents of safety at RISD.

**Dependability and Quality of Work**
Does individual reliably follow instructions and accurately complete work with minimum supervision and follow-up?
EX (AS) FS NI UN NA

Berney works best with minimum supervision. He is a self-starter who is used to working on his own. He can be relied upon to complete his work as instructed.

**Initiative**
Does individual demonstrate self-reliance, resourcefulness and take independent action? Are suggestions made on how to improve processes and/or work? Does he/she initiate and accept additional responsibility?
(EX) AS FS NI UN NA

Berney shows remarkable initiative and is constantly making suggestions as to how processes etc. can be improved. He is eager to accept additional responsibility and has been very helpful in moving the Code Blue and Card Access projects along.

**Adaptability and Flexibility**
Does individual grasp new ideas, procedures, and situations and adjust comfortably to change?
EX AS (FS) NI UN NA

Berney adapts well to change which is fortunate because the Department of Public Safety is always changing.

**Communications Skills**
Does individual clearly and effectively communicate with others through written and oral self-expression and employ active listening skills?
EX AS (FS) NI UN NA

Berney's oral communication skills are good, and his active listening skills have improved. He needs to continue working on his written.

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

**Leadership Ability**
Is the individual effective in managing the work of the unit? Does he/she motivate employees and co-workers to perform the necessary duties? Consider ability to inspire high degree of morale and satisfaction in staff; the ability to function consistently and effectively in an objective and rational manner regardless of pressures.

EX AS (FS) NI UN NA

**Examples or reasons for these ratings are:**

Berny is not involved with managing the work of the unit. He is involved however, in mapping out the work of the many vendors he supervises. He maintains an excellent working relationship with them and functions effectively regardless of pressures.

**Personnel Management Skills**
Does this person use praise and constructive criticism appropriately? Are staff appraisals completed in a professional, accurate and timely fashion?

EX AS FS NI UN (NA)

**Fiscal Responsibilities**
Are financial resources efficiently and effectively utilized to meet budget objectives and goals? Does individual effectively plan and advocate for budgetary needs?

EX AS (FS) NI UN NA

Berny is very economical with the financial resources allocated to his projects. He carefully researches his needs and is very careful about expending resources as he completes the fire safety projects.

**General Comments**
Consider changes in attitude and performance since last appraisal; new skills acquired; courses taken.

Berny's job description was reviewed, rewritten and reclassified. The current job description more accurately describe Berny's duties and responsibilities.
Berny has taken the following courses: Safety Engineering I, Accident Investigation, Life Safety Engineering (all part of a Bachelor's degree in Life Safety Engineering). OSHA 101 and other OSHA associated courses; AutoCad II

**List Performance Goals for Next Year**
Outline new initiatives; recommend how to better utilize strengths, and which skills to improve or develop, and set time-frames to accomplish.

- Establish Life Safety Internship at RISD - Sept. 2002 (3 year commitment)
- Complete bar-coding of all life safety equipment - Sept. 2002 extinguishers, emergency lights, sprinklers
- Continue pursuit of Bachelor's in Life Safety Engineering - ongoing

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

# *RHODE ISLAND SCHOOL OF DESIGN*
## PERFORMANCE APPRAISAL
### *SALARIED*

**LIST PRIOR YEARS' GOALS AND ASSESS SUCCESS IN REACHING THEM**

Goal: Continue reduction of fire alarms - ongoing
Rating: (EX) AS FS NI UN NA
Comments:

The fire alarms have been markedly reduced from 158 in 1998 to 22 in 2001.

Goal: Complete OSHA Safety Training for all RISD personnel - ongoing
Rating: EX (AS) FS NI UN NA
Comments:

Berney cooperates with all new RISD personnel about OSHA Safety.

Goal: Complete OSHA Certified Training for "Certified Safety Person"
Rating: EX (AS) FS NI UN NA
Comments: May 31, 2001

Berney completed this Training as part of the OSHA 101 course that he took.

Goal: Implement Work Study Program whose participants will commit to a 3-4 year assignment. Sept. 15, 2000
Rating: EX (AS) FS NI UN NA
Comments:

Berney has been successful in employing Work Study students for 3-4 years who work with him in the Life Safety Program.
He is developing with Bonnie Wojcik a Life Safety Internship

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

at RISD which would be an innovative way of having a student commit to a 3-4 year assignment in Public Safety

**OVERALL PERFORMANCE**
Review the ratings assigned on the previous pages. Check the category below which most clearly described the individual's overall performance.

☐ Excels ☒ Above Satisfactory ☐ Fully Satisfactory ☐ Needs Improvement ☐ Unsatisfactory

**Employee Comments** (Optional)
Was performance appraisal completed on time:
Other comments?

**SIGNATURE SECTION**

**Immediate Supervisor** (To be completed before form sent to Human Resources.)

What date was the self-evaluation received from the employee? ___/___/___

Lucette Dunlop — Lucitte Dunlop — 5/17/02
NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

**Human Resources** (To be completed before form returned to supervisor for employee review.)

Grade 12/AD Quartile 4th Rating AS

This employee is eligible for a merit increase of 1.25 %. If supervisor wishes to authorize a percentage less than that, please indicate the percentage here: ______%.

Denise M Geoffrey — Denise M Geoffroy — 5/17/02
NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

**Employee** (To be completed following employee review.)
I have reviewed this document and discussed the contents with my supervisor. My signature means I have been advised of my performance status and does not necessarily imply that I agree with that assessment.

PATRICK B CLYNE — [signature] — June 7 - 2002
NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

**Next Level Supervisor** (To be completed following employee's signing of form.)

FRAN GAST — [signature] — 6/20/02
NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING