# RHODE ISLAND SCHOOL OF DESIGN

## Position Description

TITLE: Manager of Fire & Life Safety
SALARY GRADE: 12/AD
STATUS: Full-time, Exempt

DATE: 04/03
REPORTS TO: Director, Public Safety
DEPARTMENT(S): Public Safety

OVERVIEW: Plans, directs and implements College safety programs and investigations that relate to fire safety matters. Responsible for developing and carrying out procedures which effectively control accidents and life threatening hazards related to fire safety. Responsible for performing or overseeing work covering all phases of fire safety.

ESSENTIAL FUNCTIONS:

1. Plans and implements safety policies and procedures in compliance with local, state, and federal law as they relate to fire safety. Keeps up to date with developments in local, state and federal laws likely to affect fire safety at RISD. (5%)
2. Uses a proactive approach in planning and implementing programs to train managers and employees in fire safety practices and fire prevention. Assesses new developments in fire safety and fire related issues and what impact they may have to the RISD community. (5%)
3. Prepares studies and analyses of fire related accidents for use by College personnel and outside agencies. (5%)
4. Inspects College facilities to detect existing or potential accident and health hazards, determines corrective or preventative measures where indicated, and follows up to ensure measures have been implemented as they relate to fire safety matters. Conducts fire drills and mandatory inspections and testing of fire safety equipment and systems. (25%)
5. As needed and/or assigned direct and conducts investigations of fire prevention and fire safety programs for all RISD buildings and follows up on preliminary investigations as to the causes of all fires and smoke conditions and pursues any signs of vandalism or possible arson. (5%)
6. Provides information, signs, posters, barriers, and other materials to warn of potential and actual fire safety hazards and to prevent access to hazardous conditions. (2%)
7. Leads the investigation of fire related accidents and injuries and cooperates in the preparation of materials and evidence for College use in hearings, lawsuits, and insurance investigations. (3%)
8. Compiles and submits accident reports required by regulatory agencies. (5%)
9. Represents the College in dealing with local, state, and federal agencies: Providence Fire Department, State Fire Marshals Office. Escorts employees of all agencies conducting fire safety and physical security audits of RISD facilities. (10%)

# RHODE ISLAND SCHOOL OF DESIGN

## Position Description



10. Works closely with RISD's Environmental Health and Safety Manager and Facilities Department in conducting hazard analysis in all college buildings and spaces. (5%)
11. Supervises work-study assistants, vendors and contractors performing installations, testing, and inspections of fire and life safety systems. (10%)
12. Maintains safety files and records, e.g. training, testing, and inspections. (5%)

ADDITIONAL FUNCTIONS:

13. Reviews plans and specifications for projects involving fire and life safety systems. Makes recommendations and enforces RISD standards. (5%)
14. Assists director in compiling reports for risk manager as they relate to fire safety matters. (5%)
15. Performs related assignments as requested by Director. (5%)

KNOWLEDGE/SKILLS/EXPERIENCE REQUIRED:
Bachelor's degree in electrical engineering or equivalent combination of education and experience required. RI State masters electrician's license preferred. Five years related work experience including supervisory experience. Valid drivers license. Working knowledge of PC's. Experience in trouble shooting and programming LCD equipment and devices. Good interpersonal skills and public speaking experience. In-depth knowledge of OSHA rules and regulations for safety in the workplace. Successful passing of pre-employment physical, fingerprinting, National Crime Records Check and driver's record check.

MENTAL DEMANDS:
The ability to read and comprehend documents and instruments. Perform detailed work using reasoning and problem solving skills, performing multiple concurrent tasks. Need good oral and written communication skills in the English language. Need good organizational abilities and be able to deal with job related stress. The ability to continue job related training. Good interpersonal skills. Intermediate math skills required.

PHYSICAL DEMANDS:
The job involves all of the following in various degrees but is not limited to only these physical demands: attendance, standing, sitting, walking, driving, carrying, squatting, lifting, climbing, twisting, cleaning, reaching, crawling, kneeling, pulling, pushing, typing, writing, hearing, seeing, speaking, traveling.

# RHODE ISLAND SCHOOL OF DESIGN

## Position Description



SUPERVISION AND SCHEDULING DEMANDS:
Receives limited supervision. Gives moderate supervision.
Full-time, administrative position with estimated regular hours at 35 per week. Work hours are not confined to weekdays but may also include evenings and weekends. On-call 24 hours per-day for emergency call back. Some traveling for training may be required.

ENVIRONMENTAL CONDITIONS:
The job involves exposure to the following in various degrees but is not limited to only these environmental conditions: gas, oil, hazards, dirt, heat/cold, fumes, chemicals, toxins, noise, odors.

EQUIPMENT:
Some of the equipment used to perform this job: tools (hand/electric), radio, vehicles, chemicals, cleaners, vacuums, file cabinets, typewriter, copier, calculator, television, VCR, facsimile machine, telephone, computer, printer, related fire and safety equipment.

ALL REQUIREMENTS ARE SUBJECT TO POSSIBLE MODIFICATION TO REASONABLY ACCOMMODATE INDIVIDUALS WITH DISABILITIES.

SOME REQUIREMENTS MAY EXCLUDE INDIVIDUALS WHO POSE A DIRECT THREAT OR SIGNIFICANT RISK TO THE HEALTH AND SAFETY OF THEMSELVES OR OTHER EMPLOYEES.

THIS JOB DESCRIPTION IN NO WAY STATES OR IMPLIES THAT THESE ARE THE ONLY DUTIES TO BE PERFORMED BY THE EMPLOYEE OCCUPYING THE POSITION. EMPLOYEES WILL BE REQUIRED TO PERFORM OTHER JOB-RELATED DUTIES REQUIRED BY THEIR SUPERVISOR.

\docs\asppsm\PS-mgr-fire