RECEIVED SEP 17 2002 HUMAN RESOURCES

RECEIVED SEP 20 2002 HUMAN RESOURCES

# RHODE ISLAND SCHOOL OF DESIGN
## HUMAN RESOURCES DEPARTMENT
## PERFORMANCE APPRAISAL INFORMATION

SEP 11 2002

RECEIVED AUG 27

Supervisor R. McKearney

Evaluation Type Annual

Attached is a Performance Appraisal form for: Patrick Clyne

A Personal Review form has been sent. Salaried employees are required to complete the form and return to you two weeks before the Performance Appraisal form should be completed. A Personal Review form is optional for hourly employees – it is their decision whether they want to complete it or not, if they do, it should be returned to you two weeks before the Performance Appraisal form should be completed.

After you have completed the Performance Appraisal form *in ink* or *typed*, please attach the Personal Review form and return them to Human Resources.

| | | | |
|---|---|---|---|
| Name | P. Clyne | Appraisal Period | |
| Title | Mgr Fire Safety | 09/01/01 TO 09/01/02 | |
| Grade | 12/AD | Due Date for Completed Appraisal | |
| Department | Public Safety | 09/01/02 | |

If you have any questions or concerns regarding the process or forms, please call the Compensation Specialist, HR, ext. 6429.

**PLEASE KEEP COVER SHEET ATTACHED TO COMPLETED PERFORMANCE APPRAISAL**

**Institutional Contribution**

Does individual seek to contribute to the fulfillment of the mission of the college? Does he/she support the wider efforts and goals of the college?

EX **AS** FS NI UN NA

Examples or reasons for these ratings are:

As manager of Fire Safety, Bernie is aware of his mission at The college, he is on Twenty four hour call, and always responds To emergency calls, Bernie goes the extra mile To fulfill his duties

**Job Knowledge**

Does individual understand and effectively utilize job-related information and skills and correctly follow departmental policies and procedures? Does he/she adhere to safety regulations and use equipment properly?

EX **AS** FS NI UN NA

Bernie has continuously met the requirements of his Job, he is very responsible regarding Safety regulations and continuously briefs his superiors on regulation changes and updates.

**Dependability and Quality of Work**

Does individual reliably follow instructions and accurately complete work with minimum supervision and follow-up?

EX **AS** FS NI UN NA

Very dependable, Bernie for The most part works without close Supervision, he keeps his supervisor upto date with his work project.

**Initiative**

Does individual demonstrate self-reliance, resourcefulness and take independent action? Are suggestions made on how to improve processes and/or work? Does he/she initiate and accept additional responsibility?

EX AS **FS** NI UN NA

Bernie is a self starter and does what it Takes to get The job done.

**Adaptability and Flexibility**

Does individual grasp new ideas, procedures, and situations and adjust comfortably to change?

EX AS **FS** NI UN NA

Bernie does grasp The need for change, however he likes To know That change is for a just reason!

**Communications Skills**

Does individual clearly and effectively communicate with others through written and oral self-expression and employ active listening skills?

EX AS **FS** NI UN NA

Bernie Communicates regularly with many members of The College Community and external Organizations To accomplish The requirements of his Job.

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable

CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

4.

**Leadership Ability**

Is the individual effective in managing the work of the unit? Does he/she motivate employees and co-workers to perform the necessary duties? Consider ability to inspire high degree of morale and satisfaction in staff; the ability to function consistently and effectively in an objective and rational manner regardless of pressures.

EX AS (FS) NI UN NA

Examples or reasons for these ratings are:

Bernie meets all the requirement. His job takes him to all areas of the college he interact very well with all.

**Personnel Management Skills**

Does this person use praise and constructive criticism appropriately? Are staff appraisals completed in a professional, accurate and timely fashion?

EX AS FS NI UN (NA)

**Fiscal Responsibilities**

Are financial resources efficiently and effectively utilized to meet budget objectives and goals? Does individual effectively plan and advocate for budgetary needs?

EX AS (FS) NI UN NA

Bernie has been involved with several Capital Projects (Code Blue, Card Access etc) budget objectives are very much a priority item with Bernie he is concious of budgetary limitation.

**General Comments**

Consider changes in attitude and performance since last appraisal; new skills acquired; courses taken.

Kept updated on New Regulation's, new equipment and procedures

**List Performance Goals for Next Year**

Outline new initiatives; recommend how to better utilize strengths, and which skills to improve or develop, and set time-frames to accomplish.

Stay up to date with changes in fire safety law, new standards, procedures, and how fire safety will evolve as we move forward at RISD.

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

# *RHODE ISLAND SCHOOL OF DESIGN*

## PERFORMANCE APPRAISAL

## *SALARIED*

### LIST PRIOR YEARS' GOALS AND ASSESS SUCCESS IN REACHING THEM

Goal: ____________________

Rating: EX AS FS NI UN NA

Comments:

Goal: ____________________

Rating: EX AS FS NI UN NA

Comments:

Goal: ____________________

Rating: EX AS FS NI UN NA

Comments:

Goal: ____________________

Rating: EX AS FS NI UN NA

Comments:

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable

CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING

5

OVERALL PERFORMANCE

Review the ratings assigned on the previous pages. Check the category below which most clearly described the individual's overall performance.

☐ Excels ☐ Above Satisfactory ☑ Fully Satisfactory ☐ Needs Improvement ☐ Unsatisfactory

Employee Comments (Optional)

Was performance appraisal completed on time:

Other comments?

SIGNATURE SECTION

Immediate Supervisor (To be completed before form sent to Human Resources.)

What date was the self-evaluation received from the employee? ___/___/___

Raymond P. McKeon [signature] 9/5/02

NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

Human Resources (To be completed before form returned to supervisor for employee review.)

Grade 12/AD Quartile 4th Rating FS

This employee is eligible for a merit increase of 1.0 %. If supervisor wishes to authorize a percentage less than that, please indicate the percentage here: _____%.

Denise M Geoffrey Denise M Geoffrey 9/12/02

NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

Employee (To be completed following employee review.)

I have reviewed this document and discussed the contents with my supervisor. My signature means I have been advised of my performance status and does not necessarily imply that I agree with that assessment.

PATRICK B. CLYNE [signature] SEPT 13 02

NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

Next Level Supervisor (To be completed following employee's signing of form.)

FRAN GAST [signature] 9/20/02

NAME (PLEASE PRINT) SIGNATURE TODAY'S DATE

EX - Excels AS - Above Satisfactory FS - Fully Satisfactory NI - Needs Improvement UN - Unsatisfactory NA - Not Applicable,
CIRCLE THE APPROPRIATE RATING IN EACH CATEGORY AND GIVE EXAMPLES OR REASONS FOR THE RATING