COPY

RHODE ISLAND SCHOOL OF DESIGN

TWO COLLEGE STREET PROVIDENCE, RHODE ISLAND 02903-2784 TELEPHONE 401-454-6100

November 7, 2005

Mr. Patrick B. Clyne
67 Ridge Street
Providence, RI 02909

Dear Berney:

As we have just discussed, your employment with RISD is terminated effective immediately for purchasing irregularities.

You must immediately return all RISD property in your possession, including but not limited to your cell phone, walkie-talkie, keys, and card key, and leave campus. You may not return to campus for any reason without the prior approval of either Ray McKearney, Director of Public Safety, or Ken Bilodeau, Lieutenant of Public Safety. Violation of this prohibition may result in your arrest.

Please contact Jean Hood to discuss repayment of your computer loan.

Further information about COBRA will be sent to you separately.

Sincerely,

Jack Silva
Director of Facilities

RHODE ISLAND SCHOOL OF DESIGN RISD 1877