**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-107ML** |
| | : | |
| **PATRICK CLYNE** | : | |

**GOVERNMENT'S MOTION FOR DISCLOSURE OF THE LETTER CONCERNING THE "LOGAN" LITIGATION**

The United States of America, by and through its undersigned attorney, respectfully submits this Motion for Disclosure of the Letter Concerning the "Logan" Litigation. As reason for the Motion, the government states as follows:

On November 21, 2007, the defendant filed a Memorandum of Law in Opposition to the Government's Motion for a 2-Level Adjustment for Obstruction of Justice. The Memorandum involves land transactions in Ireland, and includes a reference to litigation concerning a claim of adverse possession by Eileen Logan on a portion of land owned by the defendant. On pages 3 and 6 of his Memorandum, the defendant states that he has filed a letter concerning the Logan claim with this Court under seal, for *in camera* review by the Court, and has not provided a copy of the letter to the government.

The government strongly objects to the sealing of this letter and to its consideration by the Court, and requests that the letter be immediately disclosed to the government. Local Rule 102(a)(1) of the U.S. District Court provides, in part, as follows:

> Documents filed with the Court may not be sealed unless ordered by the Court. If counsel or a party filing a document has a good faith basis for believing that a document should be sealed, the document shall be accompanied by a motion to seal, which explains why the document should be sealed.

In view of the fact that this important Rule has not been followed, that the government has not had the opportunity to respond to a motion to seal, and that it would be strikingly unfair for the Court to rely upon a document which has not been subject to examination by the government, we strongly urge this Court to order the immediate disclosure of this document to the government.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, a copy of the within Government's Motion for Disclosure of the Letter Concerning the 'Logan" Litigation, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

U.S. Probation
John O. Pastore Federal Bldg & U.S. Post Office
2 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov