**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-107ML** |
| | : | |
| **PATRICK CLYNE** | : | |

**GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESSES**

The United States of America, by and through its undersigned attorney, respectfully submits this Notice of Intent to Call Witnesses. As reason for the Motion, the government states as follows:

In view of the issues raised in Defendant's Memorandum of Law In Support of Defendant's Objection to a Two-Level Enhancement Pursuant to Section 3B1.3 of the Advisory Guidelines, the government notifies the Court that it may call 2 to 4 witnesses at the sentencing hearing on November 29, 2007, to testify concerning the Defendant's position of trust and use of special skill in committing his fraudulent activities against the Rhode Island School of Design.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2007, a copy of the within Government's Notice of Intent to Call Witnesses, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

U.S. Probation
John O. Pastore Federal Bldg & U.S. Post Office
2 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov