**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 07-107ML** |
| | : | |
| **PATRICK CLYNE** | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**MOTION TO SEAL OPINION OF COUNSEL**

The United States of America, by and through its undersigned attorney, respectfully submits this Opposition to Defendant's Motion to Seal Opinion of Counsel. As reason for the Opposition, the government states as follows:

On November 21, 2007, the defendant filed a Memorandum of Law in Opposition to the Government's Motion for a 2-Level Adjustment for Obstruction of Justice. The Memorandum involves land transactions in Ireland, and includes a reference to litigation concerning a claim of adverse possession by Eileen Logan on a portion of land owned by the defendant. On pages 3 and 6 of his Memorandum, the defendant states that he has filed a letter concerning the Logan claim with this Court under seal, for *in camera* review by the Court, and has not provided a copy of the letter to the government.

On November 26, 2007, prior to seeing the instant Motion, the government filed a Motion for Disclosure of the Letter Concerning the "Logan" Litigation. After reviewing the instant Motion, the government continues to object to the sealing of this document, which defense counsel now describes as a legal opinion from an attorney in Ireland.

Local Rule 102(a)(1) of the U.S. District Court provides, in part, as follows:

> Documents filed with the Court may not be sealed unless ordered by the Court. If counsel or a party filing a document has a good faith basis for believing that a document should be sealed, the document shall be accompanied by a motion to seal, which explains why the document should be sealed.

In his Motion to Seal, defense counsel fails to set forth any factual basis in support of the sealing of this document, or describe why the document should be sealed. He merely states, in a conclusory fashion, that the document "is confidential information that should be sealed....," thereby making impossible for the government to respond to the Motion in a substantive fashion. It is also difficult to image how a legal opinion concerning a land transaction would warrant sealing. Moreover, to have a legal opinion given to the Court, without allowing the government the opportunity to respond to the same, is strikingly unfair.

For these reasons, the government strongly urges this Court to deny defendant's motion to seal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2007, a copy of the within Government's Opposition, to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participants have received notice electronically:

Scott P. Lopez, Esq.
24 School St., 8th floor
Boston, MA 02108

U.S. Probation
John O. Pastore Federal Bldg & U.S. Post Office
2 Exchange Terrace
Providence, RI 02903

/s/ Andrew J. Reich
ANDREW J. REICH
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 (401)709-5001 fax)
E-mail:andrew.reich@usdoj.gov