**Reich, Andrew (USARI)**

**From:** Gannon, Matthew A [Matthew.Gannon@prai.ie]
**Sent:** Tuesday, November 27, 2007 10:22 AM
**To:** Reich, Andrew (USARI)
**Subject:** FW: Land registration question

Hi Andrew,

Further to your conversation with Jackie:

I asked one of our legal team about your query and he got back to me saying the following:

*The **Legal interest** in registered land does not transfer until the transfer is registered in the Land Registry [section 52 and 55 of the registration of title Act 1964].*

I know it's not much but hopefully it's of some help.

Matt.

---

**From:** Reich, Andrew (USARI) [mailto:Andrew.Reich@usdoj.gov]
**Sent:** 21 November 2007 13:53
**To:** Gannon, Matthew A
**Subject:** RE: Land registration question

I would like to get your opinion on something. The defendant's attorney in my case claims that under Irish law, the land registry records do not necessarily reflect ownership of property. He claims that once there is a contract for sale for a piece of property, ownership immediately transfers to the purchaser, even before money has exchanged hands and even though the contract for sale is not entered into the land registry records. He claims that this is the case, since once the contract has been signed, it is binding on the seller who has no alternative than to go ahead with the sale.
This interpretation seems rather strange to me. In the U.S., even if there is a sales contract, ownership does not transfer until after money has exchanged hands and the sale is registered in the land records. Is there a different practice under Irish law, to your knowledge?
If you could get back to me as soon as possible on this, it would be greatly appreciated.
Thanks – Andy Reich



Exhibit A

# Registration of Title Act, 1964

PART III REGISTRATION OF OWNERSHIP

*Compulsory Registration*

Compulsory registration.

**23.**—(1) The registration of the ownership of freehold land shall be compulsory in the following cases—

( *a* ) where the land has been, or is deemed to have been, at any time sold and conveyed to or vested in any person under any of the provisions of the Land Purchase Acts or the Labourers Acts, 1883 to 1962;

( *b* ) where the land is acquired, after the commencement of this Act, by a statutory authority;

( *c* ) in any case to which subsection (2) of section 24 applies.

(2) The registration of the ownership of a leasehold interest shall be compulsory in the following cases—

( *a* ) where the interest is acquired, after the commencement of this Act, by a statutory authority;

( *b* ) in any case to which subsection (2) of section 24 applies.

(3) The provisions of this Act in relation to registration of ownership do not apply to an estate or interest in reversion, remainder or expectancy.

© Government of Ireland. Oireachtas Copyright Material is reproduced with the permission of the House of the Oireachtas

Exhibit B

# Registration of Title Act, 1964

Land certificate.

**28.**—On registration of a person as owner of land, the Registrar shall deliver to him a certificate in the prescribed form (in this Act referred to as a "land certificate") of his title to the land.

© Government of Ireland. Oireachtas Copyright Material is reproduced with the permission of the House of the Oireachtas

# Registration of Title Act, 1964

Conclusiveness of register.

**31.**—(1) The register shall be conclusive evidence of the title of the owner to the land as appearing on the register and of any right, privilege, appurtenance or burden as appearing thereon; and such title shall not, in the absence of actual fraud, be in any way affected in consequence of such owner having notice of any deed, document, or matter relating to the land; but nothing in this Act shall interfere with the jurisdiction of any court of competent jurisdiction based on the ground of actual fraud or mistake, and the court may upon such ground make an order directing the register to be rectified in such manner and on such terms as it thinks just.

(2) The validity of registration of ownership of unregistered land shall not be affected by reason that the person thereby shown to be registered as owner was then dead and any person who proves to the satisfaction of the Registrar that he is entitled to the land may be registered as owner thereof.

© Government of Ireland. Oireachtas Copyright Material is reproduced with the permission of the House of the Oireachtas

# Registration of Title Act, 1964

Effect of transfer of freehold land with absolute title.

**52.**—(1) On the registration of a transferee of freehold land as full owner with an absolute title, the instrument of transfer shall operate as a conveyance by deed within the meaning of the Conveyancing Acts, and there shall be vested in the registered transferee an estate in fee simple in the land transferred, together with all implied or express rights, privileges and appurtenances belonging or appurtenant thereto, subject to—

( *a* ) the burdens, if any, registered as affecting the land, and

( *b* ) the burdens to which, though not so registered, the land is subject by virtue of section 72,

but shall be free from all other rights, including rights of the State.

(2) Where, however, the transfer is made without valuable consideration, it shall, so far as concerns the transferee and persons claiming under him otherwise than for valuable consideration, be subject to all unregistered rights subject to which the transferor held the land transferred.

(3) On the registration of a transferee of freehold land as limited owner with an absolute title under a settlement, the registration shall have the same effect as in the case of a transferee registered as full owner with an absolute title, except that the estate in fee simple (together with all implied or express rights, privileges and appurtenances) conferred by the registration shall vest in the transferee and the other persons entitled to the several estates and interests comprised in the subject of the settlement collectively, according to such estates and interests respectively.

© Government of Ireland. Oireachtas Copyright Material is reproduced with the permission of the House of the Oireachtas