**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO.: 07-CR-00107-ML** |
| **PATRICK CLYNE,** **Defendant.** | |

**SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR A 2-LEVEL ADJUSTMENT FOR OBSTRUCTION OF JUSTICE**

Defendant Patrick Clyne, by and through undersigned counsel, submits this brief Supplemental Memorandum of Law in opposition to the government's motion for a 2-level adjustment for obstruction of justice pursuant to U.S.S.G. § 3C1.1. Specifically, after filing defendant's initial memorandum of law on November 21, 2007, undersigned counsel received by facsimile a fully executed and dated copy of the Contract of Sale for folio 7106F. See Exhibit D-1 attached hereto. Exhibit D, as filed on November 21, 2007, contained a partial complete date. Exhibit D and D-1 are otherwise the same.

Defendant further notes that the March 29, 2007 date set forth on Exhibit D-1 is consistent with Mr. Toolan's letter dated November 19, 2007 (page 2), which was attached to defendant's initial memorandum as Exhibit E, and which stated that the Contract of Sale for folio 7106F was executed on March 29, 2007.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: November 28, 2007

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, a copy of the foregoing Supplemental Memorandum of Law was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez

Scott P. Lopez