**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **v.** | ) **CRIMINAL NO.: 07-CR-00107-ML** |
| **PATRICK CLYNE,** | ) |
| **Defendant.** | ) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE AND/OR VARIANCE**

Defendant Patrick Clyne, by and through undersigned counsel, submits this brief Supplemental Memorandum of Law in support of his motion for a downward departure and/or variance. Specifically, after filing defendant's initial memorandum of law on November 21, 2007, undersigned counsel obtained a medical opinion regarding defendant's current medical condition for the Court to consider before deciding what sentence is sufficient but not greater than necessary to comply with the purposes of sentencing set forth in 18 U.S.C. § 3553(a). Said medical opinion was filed with a motion to seal earlier today. Said medical opinion also is relevant to the Court's consideration under § 3553(a)(2)(D) of a sentence that will provide necessary medical care to Mr. Clyne in the most effective manner. Accordingly, defendant respectfully requests this Honorable Court to consider this medical opinion during his sentencing hearing on the issues of: (1) whether imprisonment will threaten or shorten his life; and (2) whether a sentence of home confinement will provide necessary medical care to Mr. Clyne in the most effective manner.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: December 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, a copy of the foregoing Supplemental Memorandum of Law was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez

Scott P. Lopez