AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

United States
V.
Patrick Clyne

## EXHIBIT AND WITNESS LIST

Case Number: CR 07-107ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Andrew Reich | Scott Lopez & Kevin Bristow |
| **TRIAL DATE (S)** Sentencing Hearing : 11/29/07 & 12/4/07 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | >>>>>>>> W-1 Raymond McKearney |
| | A | 11/29/07 | | x | Position Description |
| | B | 11/29/07 | | x | Performance Appraisal |
| | C | 11/29/07 | | x | Memo dated 3/13/2003 |
| | | | | | >>>>>>> W-2 Jack Silva |
| | | | | | as to 11/29/07 evidentiary hearing as to issue of "abuse of position of trust..." |
| | | | | | |
| | | | | | >>>>>>>> W-1 Maureen Bradley (USPO) |
| | | | | | as to 12/4/07 evidentiary hearing as to issue of "obstruction of justice" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.