IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
)
v. ) C.R. 07-107 ML
)
PATRICK CLYNE )

PRELIMINARY ORDER OF FORFEITURE

The parties have entered into a Consent Decree for Forfeiture of the following property, which was listed in the Forfeiture Allegation section of the Information:

> One parcel of real property with buildings, appurtenances, and improvements, located in Ballinamore, Ireland, that is more fully described as follows:
>
> All that and those part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being all of the lands comprised in folio 10746 of the Register of Freeholders of the said County comprising 20 acres 1 rood and 18 perches.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any and all right, title, and interest of Defendant Patrick Clyne in or to the above-referenced property is hereby forfeited to the United States of America.

The Court finds that said asset constitutes or was derived from the proceeds of the commission of the violations of 18 U.S.C. § 1341, alleged in Count I of the Information. It is further ORDERED, ADJUDGED, and DECREED as follows:

1. The Attorney General or his or her designee may seize the above-referenced property in accordance with law pursuant to Fed. R. Crim. P. 32.2(b)(3);

2. Pursuant to 21 U.S.C. § 853(n)(1) as incorporated by 18 U.S.C. § 982(b)(2), the United States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation in Ireland and in a newspaper of general circulation here in the United States, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-referenced property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of

actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property and any additional facts supporting the petitioner's claim and relief sought;

4. The United States may also, the extent practicable, provide direct written notice to any person known to have alleged an interest in the property, as a substitute for published notice as to those person so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n) as incorporated by 18 U.S.C. § 982(b)(1), in which all interests will be addressed.

Ordered this 4th day of December, 2007.

ENTER:

Mary M. Lisi
MARY M. LISI
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Presented by:

ANDREW J. REICH
Assistant United States Attorney

SCOTT LOPEZ, ESQ.
Counsel for Defendant

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
)
v. ) C.R. 07-107 ML
)
PATRICK CLYNE )

CONSENT DECREE FOR FORFEITURE

The United States of America, by and through its attorneys, and Defendant Patrick Clyne, individually and by and through his counsel, agree and stipulate that Defendant Patrick Clyne hereby knowingly and voluntarily forfeits to the United State of America any and all right, title, and interest in the following asset which constitutes or was derived from proceeds of the commission of the violation of 18 U.S.C. §§ 1341, Mail Fraud, which is alleged in Count I of the Information, and as such is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and pursuant to the terms of the plea agreement entered into between the United States of America and Defendant Patrick Clyne:

> One parcel of real property with buildings, appurtenances, and improvements, located in Ballinamore, Ireland, that is more fully described as follows:
>
> All that and those part of the lands of the townland of Drumbad situate in the Barony of Carrigallen and County of Leitrim being all of the lands comprised in folio 10746 of the Register of Freeholders of the said County comprising 20 acres 1 rood and 18 perches.

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant United States Attorney

DATE: 11-28-07

PATRICK CLYNE
Defendant

DATE: Oct-26-2007.

SCOTT LOPEZ, ESQ.
Counsel for Defendant

DATE: 10/31/07