UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 07-107 ML

PATRICK CLYNE

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Correct His Sentence. The government has filed a timely objection. For the reasons set forth below, Defendant's Motion is DENIED.

First, as the government correctly points out, Defendant's motion is not timely. Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may only correct a sentence within seven (7) days after sentencing.

Second, even if Defendant's Motion were to be considered timely, this Court did not commit "clear error" in imposing a 27-month incarcerative sentence. Although the Court may have alluded to First Circuit precedent in white collar cases, Defendant's reliance on the recent decision handed down by the U.S. Supreme Court, Gall v. United States, 552, U.S. ____ (2007) does not warrant a finding that this Court committed "clear error." This Court clearly stated that an incarcerative sentence of 27 months was necessary to achieve the sentencing objectives as set forth in 18 U.S.C. § 3553(a). Specifically, this Court noted that Defendant engaged in deliberate acts over a protracted period of time, and that he was responsible for nearly $1 million wrongfully

taken from his employer. This Court further noted that Defendant's actions were not motivated by need, but rather, by greed.

For these reasons, as well as those set forth in the government's Opposition, Defendant's Motion to Correct Sentence is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 18, 2007