**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO.: 07-CR-00032-ML** |
| **PATRICK CLYNE** **Defendant.** | **CRIMINAL NO.: 07-CR-00107-ML** |

## MOTION FOR DISCHARGE OF LIENS

Patrick Clyne, by and through undersigned counsel, hereby moves this Honorable Court for an Order directing the United States Clerk of Court for the United States District Court for the District of Rhode Island to execute the proposed discharges of lien attached hereto as Exhibits "A" and "B" in the presence of a notary and, thereafter, to release the originals of each fully executed discharge to undersigned counsel so said originals can be filed with the Recorder of Deeds for the City of Providence and Town Clerk for the Town of North Kingstown, respectively. Specifically, Patrick Clyne respectfully requests the Court to order the United States Clerk of Court to execute the attached discharges of lien in the presence of a notary so they can be filed with Town of North Kingstown and City of Providence and thereby discharge the notices of lien previously filed pursuant to the Order Setting Conditions of Release entered by the Court (Martin, J.) on May 7, 2007 in the above-captioned matter.

In support of this motion, Patrick Clyne, by and through undersigned counsel, the following:

1. At the time of his arraignment, Patrick Clyne (hereinafter "Clyne") was required to execute an appearance bond in the amount of $100,000.00 secured by real property located in the Town of North Kingstown and Providence, Rhode Island. See Order Setting Conditions of Release entered by the Court (Martin, J.) on May 7, 2007 [¶ 7(b)]; [Docket Entry # 16 in 07-Cr-032-ML].

2. On May 11, 2007, a notice of lien in the amount of $25,000.00 was filed with the Recorder of Deeds for the City of Providence on property jointly owned by Clyne and Ibtisama Bradley in Book 8670, Page 227, concerning property located at 67 Ridge Street, Providence, Rhode Island. See Copy of notice of lien attached hereto; [Docket Entries # 23 in 07-Cr-032-ML].

3. On May 11, 2007, a notice of lien in the amount of $75,000.00 was filed with the Town Clerk for the Town of North Kingstown on property jointly owned by Clyne's daughter, Ailis Clyne, his and step-son, Dylan Costa, in Book 2218, Page 194, concerning property located at 40 Bellewood Court, North Kingstown, Rhode Island. See Copy of notice of lien attached hereto; [Docket Entries # 25 in 07-Cr-032-ML].

4. The above-captioned Indictment was subsequently dismissed against Clyne pursuant to an Order by this Court (Lisi, J.) dated August 9, 2007 [Document # 47] and a plea agreement that provided that Clyne would plead guilty to the above-captioned Information. See Criminal Docket No. 07-Cr-00107-ML.

5. On August 7, 2007, Clyne entered a plea of guilty to Counts I and II of the Information. On December 4, 2007, the Court imposed a sentence on Clyne with a self-surrender date of December 27, 2007. On December 27, 2007, Clyne self-surrendered to the Federal Medical Center in Devens, Massachusetts. On January 3, 2008, an executed Judgment was returned and filed with the Court. See Docket Entry # 38 in 07-Cr-00107-ML.

6. Thus, pursuant to terms of the appearance bond required by the Court, Clyne completed his appearance obligations when he self-surrendered to serve the sentence imposed upon him. Accordingly, the notices of lien that secured his agreement to forfeit property upon his failure to appear should now be discharged.

7. Finally, the government does not object to this motion.

WHEREFORE, Patrick Clyne respectfully requests this Honorable Court to grant this motion and order the United States Clerk of Court to execute the proposed discharges of liens in the forms attached hereto as Exhibits "A" &" B" in the presence of a notary and, thereafter, to release the originals of each fully executed discharge to undersigned counsel so undersigned counsel can file the appropriate original with the Recorder of Deeds for the City of Providence and the Town Clerk for the Town of North Kingstown.

Respectfully submitted,
For Patrick Clyne,
By his attorneys,

/s/ Scott P. Lopez

Scott P. Lopez, Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow, RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: April 22, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez
Scott P. Lopez

# NOTICE OF LIEN

OWNER OF RECORD Berney Clyne and Ibtisama Bradley

UNITED STATES OF AMERICA

vs.

Patrick Clyne
(Name of Defendant)

CRIMINAL NO. 07-32-01-ML

Doc No: 00181716
Book: 8670 Page: 227

TO: CITY/TOWN CLERK

TOWN OF:
City of Providence
Rhode Island

RE: PLAT NO. 033 LOT 0693

ADDRESS OF PROPERTY:
67 Ridge Street
Providence, RI

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 440,000.00. AMOUNT OF LIEN: 25,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 033, LOT NO. 0693 NOTICE OF LIEN IS HEREBY GIVEN.

UNITED STATES CLERK OF COURT

CITY/TOWN CLERK'S OFFICE

ASSENT:

UNITED STATES ATTORNEY

RECEIVED:

Providence
Received for Record
May 11,2007 at 10:26:34A
Document Num: 00181716
Barbara Troncy
Recorder of Deeds

NOTICE OF LIEN

BK 2218 PG 194

OWNER OF RECORD Dylan Costa and Ailis Clyne

UNITED STATES OF AMERICA

vs.

Patrick Clyne
(Name of Defendant)

CRIMINAL NO. 07-32-01-ML

TO: CITY/TOWN CLERK

RE: PLAT NO. 099 LOT 040

TOWN OF:

North Kingstown

Rhode Island

ADDRESS OF PROPERTY:

40 Bellewood Court

North Kingstown, RI

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBED PROPERTY. VALUED IN THE AMOUNT OF $ 415,800.00. AMOUNT OF LIEN: 75,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO. 099, LOT NO. 040 NOTICE OF LIEN IS HEREBY GIVEN.

UNITED STATES CLERK OF COURT

CITY/TOWN CLERK'S OFFICE

ASSENT;

UNITED STATES ATTORNEY

2007 MAY 11 AM 11:23

TOWN OF NORTH KINGSTOWN
JAMES D. MARQUES, TOWN CLERK

730