# EXHIBIT “A”

Property Address: 67 Ridge Street
Providence, RI 02909
Plat No.: 033
Lot 0693

**DISCHARGE OF LIEN**

UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, holder of a lien from BERNEY CLYNE and IBTISAMA BRADLEY to UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island in the amount of twenty-five thousand dollars ($25,000.00), recorded with Barbara Troncy, Recorder of Deeds for the City of Providence, Rhode Island, in Book 8670, Page 227, Document Number 00181716, hereby acknowledges satisfaction of same.

IN WITNESS WHEREOF, the said UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, has caused this discharge of lien to be signed, acknowledged, and delivered in his name on this _____ day of _______________, 2008.

______________________________________
UNITED STATES CLERK OF COURT,
United States District Court
for the District of Rhode Island

STATE OF RHODE ISLAND )
) ss
County of Providence )

On ______ day of ______________, 2008, before me personally appeared the UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and as his free act and deed.

WITNESS my hand and official seal.

_____________________________
Notary Public
My commission expires:

(Official Seal)