**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA,**

**v.**

**PATRICK CLYNE**
**Defendant.**

**CRIMINAL NO.: 07-CR-00032-ML**
**CRIMINAL NO.: 07-CR-00107-ML**

**ORDER ON MOTION FOR DISCHARGE OF LIEN**

This cause came to be heard on defendant, Patrick Clyne's Motion for Discharge of Lien on property located at 40 Bellewood Court, North Kingstown, Rhode Island 02852 (Plat No.: 099; Lot 040). This Court, having granted defendant's motion, HEREBY ORDERS that the NOTICE OF LIEN in the amount of seventy-five thousand dollars ($75,000.00), recorded with James D. Marques, Town Clerk for the Town of North Kingstown, Rhode Island, in Book 2218, Page 194, is hereby satisfied in full.

Dated: April 23, 2008

SO ORDERED:

Mary M. Lisi
MARY M. LISI
Chief United States District Judge
United States District Court for the
District of Rhode Island