**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **CRIMINAL NO.: 07-CR-00032-ML** |
| | ) | **CRIMINAL NO.: 07-CR-00107-ML** |
| **PATRICK CLYNE** | ) | |
| **Defendant.** | ) | |

# ORDER ON MOTION FOR DISCHARGE OF LIEN

This cause came to be heard on defendant, Patrick Clyne's Motion for Discharge of Lien on property located at 67 Ridge Street, Providence, Rhode Island 02909 (Plat No.: 033; Lot 0693). This Court, having granted defendant's motion, HEREBY ORDERS that the NOTICE OF LIEN in the amount of twenty-five thousand dollars ($25,000.00), recorded with Barbara Troncy, Recorder of Deeds for the City of Providence, Rhode Island, in Book 8670, Page 227, Document Number 00181716, is hereby satisfied in full.

Dated: April 23, 2008

SO ORDERED:

Mary M. Lisi

MARY M. LISI
Chief United States District Judge
United States District Court for the
District of Rhode Island