# Deposits

| | | | |
|---|---|---|---|
| Inmate Reg #: | [illegible] | Current Institution: | Devens FMC |
| Inmate Name: | [illegible] | Housing Unit: | [illegible] |
| Report Date: | 07/23/2008 | Living Quarters: | [illegible] |
| Report Time: | 7:50:51 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|---|---|---|---|---|---|
| 7/20/2008 8:10:02 PM | Wsstern Union | $50.00 | 33321108 | BRADLEY | 02909 |
| 7/8/2008 10:30:36 AM | Payroll - IPP | $10.56 | HIPP0608 | | |
| 7/7/2008 5:12:44 PM | Western Union | $50.00 | 33320108 | BRADLEY | 02909 |
| 7/4/2008 8:07:42 PM | Western Union | $50.00 | 33320008 | BRADLEY | 02909 |
| 6/30/2008 10:11:29 AM | Western Union | $50.00 | 33319608 | BRADLEY | 02909 |
| 6/17/2008 8:07:01 AM | Western Union | $100.00 | 33318708 | BRADLEY | 02909 |
| 6/9/2008 9:17:14 PM | Western Union | $100.00 | 33318108 | BRADLEY | 02909 |
| 6/9/2008 10:27:28 AM | Payroll - IPP | $7.68 | HIPP0508 | | |
| 6/9/2008 10:26:59 AM | Payroll - IPP | $16.80 | HIPP0508 | | |
| 5/21/2008 12:10:24 PM | Western Union | $200.00 | 33316808 | BRADLEY | 02909 |
| 5/13/2008 7:08:36 AM | Western Union | $100.00 | 33316208 | BRADLEY | 02909 |
| 4/30/2008 11:08:26 AM | Western Union | $100.00 | 33315308 | BRADLEY | 02909 |
| 4/22/2008 2:13:19 PM | Western Union | $100.00 | 33314708 | BRADLEY | 02909 |
| 4/6/2008 12:07:48 PM | Western Union | $100.00 | 33313608 | BRADLEY | 02909 |
| 3/31/2008 8:16:39 PM | Western Union | $100.00 | 33313108 | BRADLEY | 02909 |
| 3/19/2008 7:07:50 AM | Western Union | $100.00 | 33312308 | BRADLEY | 02909 |
| 3/4/2008 9:14:39 PM | Western Union | $100.00 | 33311208 | BRADLEY | 02909 |
| 2/26/2008 7:08:06 AM | Western Union | $100.00 | 33310708 | BRADLEY | 02909 |
| 2/13/2008 12:10:30 PM | Western Union | $100.00 | 33309808 | BRADLEY | 02909 |
| 1/21/2008 5:09:54 PM | Western Union | $300.00 | 33308108 | BRADLEY | 02909 |
| 1/3/2008 3:14:48 PM | Western Union | $300.00 | 33306908 | BRADLEY | 02909 |
| 12/31/2007 2:25:43 PM | Self Surrender | $100.00 | COL028 | UNKNOWN | 00000 |

EXHIBIT A