PAGE NO: 001

INMATE FINANCIAL PLAN

REGISTER NUMBER: 05886-070
INMATE NAME....: CLYNE, PATRICK
FACILITY.......: DEVENS FMC

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL KSSPOWSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFEED.

I FURTHER 'UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP' AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT.' IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

PAYMENT METHOD...: AMT/PCT: 225 FREQ: MO ORIGIN: TF

START CYCLE......: 9-2008

INMATE DECISION..: Agreed

OBLIGATION NUMBER: ___________________

INMATE SIGNATURE.......: [signature] DT SIGNED: 6/19/08

STAFF WITNESS SIGNATURE: [signature] DT SIGNED: 6/19/08

EXHIBIT C