UNTIED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| V | : | 1:07 CR00107-01 (ML) |
| PATRICK CLYNE | : | |

Denied for the reasons set forth in the Government's Opposition. Mary M. Lisi USDJ 7/30/08

<u>Motion to Clarify/Modify Restitution</u>

Defendant Patrick Clyne hereby respectfully moves the Court as follows:

1. Clyne was sentenced on December 27, 2007 to twenty-seven (27) months incarceration, a sentence he is currently serving in FMC Devens, Ayer, MA, having self surrendered;

2. In addition to his post-sentence requirement of three (3) years supervised release, he was ordered to pay restitution in the amount of $981,794.50;

3. The financial affidavit filed by Clyne with the U.S. Probation Office shows a net worth in the negative six-figure range;

4. Clyne is in an institution that has very few employment opportunities, no Unicor facility and is well known for paying the lowest possible rates to inmates. Clyne is employed as a visiting room orderly and earns an average of $16/month;

5. Clyne, retired at the time of his arrest, is, obviously, no

longer receiving his social security payments;

6. As a consequence, Clyne receives gifts of deposits to his inmate trust account for telephone calls and basic living needs from various members of his family;

7. Beginning in February, 2008, Clyne agreed to have $25 per month removed from his inmate account for payment of the special assessment fees;

8. In June, Clyne was informed by his Unit Counselor that FMC Devens would begin to withdraw restitution from his inmate account in the amount of $225/month;

9. The results of those withdrawals are as obvious as they will be immediate and will primarily affect Clyne's ability to interact with his large, supportive family;

10. Clyne therefore requests the Court to modify/clarify it's order of restitution as follows:

a. State that restitution is not to start until the imposition of the period of supervised release or within sixty days of release from incarceration, whichever is shorter, but not sooner;

b. Direct that a payment schedule be developed by the U.S. Probation Office;

c. Any other remedy consistent with the facts above that the Court may choose to impose.

The foregoing motion was submitted this 14th day of July, 2008.

BY: ______________________

Patrick Clyne
05886-070
FMC Devens
P.O. Box 879
Ayer, MA 01432

CERTIFICATION

A copy of the foregoing motion was mailed postage prepaid to the U.S. Attorney's Office on the date above.

BY: ______________________

Patrick Clyne